**CIVIL MINUTE ENTRY**

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | December 18, 2025 |
| TIME: | 12:30 P.M. |
| DOCKET NUMBER(S): | CV-25-6081 (NCM) |
| NAME OF CASE(S): | Jenkins v. Portfolio Recovery Associates, L.L.C. |
| FOR PLAINTIFF(S): | Jenkins, pro se |
| FOR DEFENDANT(S): | Pointdujour |
| NEXT CONFERENCE(S): | Telephone Conference - March 19, 2026 at 10:00 a.m. |
| FTR/COURT REPORTER: | Cisco (12:30 - 12:45) |

RULINGS FROM  Initial Conference                 :

Parties will complete paper discovery by March 18, 2026.  The Court will hold a telephone conference on March 19, 2026 at 10:00 a.m.  All parties must participate and shall connect to the conference throughdial-in number 571-353-2301 with ID#179933855.