**CIVIL MINUTE ENTRY**

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | March 19, 2026 |
| TIME: | 10:00 am |
| DOCKET NUMBER(S): | 25cv6081-NCM-ST |
| NAME OF CASE(S): | Jenkins v. Portfolio Recovery Associates, L.L.C. |
| FOR PLAINTIFF(S): | Jenkins, pro se |
| FOR DEFENDANT(S): | Lozier |
| NEXT CONFERENCE(S): | Telephone Conference - June 23, 2026 at 10:00 a.m. |
| FTR/COURT REPORTER: | Cisco (10:00 - 10:45) |

RULINGS FROM  Telephone Conference            :

Plaintiff's Letter Motion to Compel [11] is granted in part and denied in part.  Defendant will produce additional documents as discussed.  Parties shall complete all discovery, including any necessary depositions, by June 19, 2026.  The Court will hold a telephone conference on June 23, 2026 at 10:00 a.m.  All parties must participate and shall connect to the conference through dial in number 571-353-2301 with ID # 771869760.  Counsel for the Defendant is directed to immediately forward a copy of this Order to the pro se plaintiff and file proof of service with the Court.