**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JARRETT R. JENKINS,<br><br>Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>Defendant. | Case No. 2:25-cv-06081-NCM-ST<br><br>Hon. Natasha C. Merle |

**NOTICE OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendant's Motion for Summary Judgment, Defendant's Local Rule 56.1 Statement of Undisputed Materials Facts, the Declaration of Stephen D. Lozier and exhibits therewith, the Declaration of Ricky Vaughan and exhibits therewith, and all prior pleadings, orders and proceedings had herein, Defendant Portfolio Recovery Associates, LLC will move this Court, before the Honorable Judge Natasha C. Merle, United States District Judge, at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, at a time and date to be set by the Court, for summary judgment dismissing with prejudice as to Plaintiff Jarrett R. Jenkins' Complaint pursuant to Federal Rule of Civil Procedure 56, and granting Defendant such other relief against Plaintiff as the Court deems just and proper.

Respectfully submitted,

Dated: October 5, 2026

*/s/ Stephen D. Lozier*
Stephen D. Lozier (admitted *pro hac vice*)
**Troutman Pepper Locke LLP**
225 W. Randolph St., Ste. 2600
Chicago, IL 60606
Telephone: (312) 759-3203
Email: stephen.lozier@troutman.com

Stephen J. Steinlight
**Troutman Pepper Locke LLP**
875 Third Avenue
New York, New York 10022
T: 212.704.6000
F: 212.704.6288
E: Stephen.Steinlight@troutman.com

*Counsel for Defendant Portfolio Recovery Associates, LLC*