**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

JARRETT R. JENKINS,

Plaintiff,

-v-

PORTFOLIO RECOVERY ASSOCIATES, LLC,

Defendant.

Civil Action No.: 2:25-cv-6081

**NOTICE TO PRO SE LITIGANT WHO OPPOSES**
**A MOTION FOR SUMMARY JUDGMENT**

The defendant in this case has moved for summary judgment under Rule 56 of the Federal Rules of Civil Procedure. This means that the defendant has asked the court to decide this case without a trial, based on written materials, including affidavits, submitted in support of the motion. THE CLAIMS YOU ASSERT IN YOUR COMPLAINT MAY BE DISMISSED WITHOUT A TRIAL IF YOU DO NOT RESPOND TO THIS MOTION ON TIME by filing sworn affidavits and/or other documents as required by Rule 56(c) of the Federal Rules of Civil Procedure and by Local Civil Rule 56.1. The full text of Rule 56 of the Federal Rules of Civil Procedure and Local Civil Rule 56.1 is attached.

In short, Rule 56 provides that you may NOT oppose summary judgment simply by relying on the allegations in your complaint. Rather, you must submit evidence, such as witness statements or documents, countering the facts asserted by the defendant and raising specific facts that support your claim. If you have proof of your claim, now is the time to submit it. Any witness statements must be in the form of affidavits. An affidavit is a sworn statement of fact based on personal knowledge stating facts that would be admissible in evidence at trial. You may submit your own affidavit and/or the affidavits of others. You may submit affidavits that were prepared specifically in response to defendant's motion for summary judgment.

If you do not respond to the motion for summary judgment on time with affidavits and/or documents contradicting the material facts asserted by the defendant, the court may accept defendant's facts as true. Your case may be dismissed and judgment may be entered in defendant's favor without a trial.

If you have any questions, you may direct them to the Pro Se Office.

Dated: October 5, 2026

**TROUTMAN PEPPER LOCKE LLP**

By: _/s/ Stephen D. Lozier_

Stephen D. Lozier, admitted pro hac vice
225 W. Randolph St., Ste. 2600
Chicago, IL 60606
Telephone: (312) 759-3203
Email: stephen.lozier@troutman.com

Stephen J. Steinlight
875 Third Avenue
New York, NY 10022
Telephone: (212) 704-6008
Facsimile: (212) 704-6288
Email: stephen.steinlight@troutman.com

*Attorneys for Defendant Portfolio Recovery Associates, LLC*