**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

JARRETT R. JENKINS,

Plaintiff,

-v-

PORTFOLIO RECOVERY ASSOCIATES, LLC,

Defendant.

Civil Action No.: 2:25-cv-6081

**ATTORNEY DECLARATION OF STEPHEN D. LOZIER**
**IN SUPPORT OF PRA'S MOTION FOR SUMMARY JUDGMENT**

I, Stephen D. Lozier, do declare and state as follows:

1. I am admitted pro hac vice as co-counsel of record for Portfolio Recovery Associates, LLC ("PRA" and/or "Defendant"). I submit this Attorney Declaration in support of PRA's Motion for Summary Judgment.

2. I have personal knowledge of the facts set forth in this Attorney Declaration.

3. Attached as **Exhibit 1** to PRA's Local Rule 56.1 Statement of Undisputed Material Facts is the Declaration of Ricky Vaughan ("Vaughan Declaration") dated July 30, 2026.

4. Appended to the Vaughan Declaration are four exhibits, labeled Exhibit A through Exhibit D:

   a. **Exhibit A** to the Vaughan Declaration is the Bill of Sale for the subject account.

   b. **Exhibit B** to the Vaughan Declaration is the Load Data for the subject account.

   c. **Exhibit C** to the Vaughan Declaration is the Sale Notification Letter for the subject account.

d. **Exhibit D** to the Vaughan Declaration is an Affidavit of Sale for the subject account.

5. Attached as **Exhibit 2** to PRA's Local Rule 56.1 Statement of Undisputed Material Facts is a true and accurate copy of Plaintiff's Responses to PRA's Requests for Admission, Request Numbers 1 and 2.

6. Attached as **Exhibit 3** to PRA's Local Rule 56.1 Statement of Undisputed Material Facts is a true and accurate copy of excerpts of Plaintiff's June 17, 2026 deposition.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 5, 2026

By: *<u>/s/ Stephen D. Lozier</u>*
Stephen D. Lozier
TROUTMAN PEPPER LOCKE LLP
225 W. Randolph St., Ste. 2600
Chicago, IL 60606
Telephone: (312) 759-3203
Email: stephen.lozier@troutman.com
*Attorney for Defendant*
*Portfolio Recovery Associates, LLC*