# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JARRETT R. JENKINS,<br><br>Plaintiff,<br><br>-v-<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>Defendant. | Civil Action No.: 2:25-cv-6081 |

**DECLARATION OF RICKY VAUGHAN**

I, Ricky Vaughan, in my capacity as an Authorized Representative for Portfolio Recovery Associates, LLC (hereinafter "PRA"), and in accordance with Federal Rules of Civil Procedure, make the following declaration:

1. I am over the age of 18 and otherwise competent to make this declaration.

2. I am an authorized representative on behalf of PRA. I have held this position since January 2025. Prior to that time, I was a Regulatory Complaints Analyst at PRA from September of 2021 to December of 2024.

3. I have personal knowledge of the facts stated in this Declaration based on my position as authorized representative at PRA.

4. I have worked for PRA for approximately 22 years. During this time, I have acquired knowledge relating to PRA's business procedures, policies and procedures, and record keeping systems.

5. Through my position at PRA, I understand how to use PRA's electronic record keeping systems to obtain information on specific customers and accounts. I understand and can

accurately comprehend the information contained in PRA's files and records and regularly use and rely on such information as part of my job duties.

6. The records attached to and referenced in this Declaration were made at or near the time of the event or occurrence, recorded by, or from information transmitted by, a person with knowledge of those matters, are kept in the ordinary course of the regularly conducted business activities of PRA, and were made by PRA as a regular practice in the course of its regularly conducted business activities.

7. I have personally reviewed PRA's records relating to Mr. Jenkins and the Account prior to signing this Declaration.

8. Based on the foregoing, I am qualified and authorized to declare the facts set forth in this Declaration on behalf of PRA.

## I. PRA's Purchase of Mr. Jenkins's Account

9. PRA purchases nonperforming loans and attempts to recover those loans from the debtor.

10. When PRA purchases customer accounts, it receives certain Original Account-Level Documentation ("OALD") and information from the original creditor.

11. OALD items may include: the sale notification letter from the original creditor to the debtor, account transaction history information, the terms and conditions applicable to the account, activity or charge-off statements, final statements, and/or other documentation.

12. PRA incorporates the OALD it receives from underlying creditors into its own business records and uses the information and documents as a part of its business in attempting to recover the nonperforming loans.

13. When PRA purchases customer accounts it receives a "Notification File," also known as a "Sale File," from the original creditor. The Sale File is a computer file that identifies the accounts PRA is purchasing from the underlying creditor on the purchase date.

14. PRA is able to extract the information included in the Sale File for each customer and include it in an account-specific document referred to as "Load Data." The Load Data contains information related to the subject account, including but not limited to, the amount of outstanding debt and the personal identifying information and contact information for the individual who owes the subject account. The Load Data also lists a reference number that corresponds to the "Sale File" from which the data was extracted.

15. PRA's records reflect that on or about March 12, 2024, PRA purchased a portfolio of accounts from Synchrony Bank. The portfolio of accounts purchased included an Account ending in -7880 (the "Account") associated with an individual with the name of "Jarrett Jenkins" ("Mr. Jenkins").

16. Pursuant to the Bill of Sale for Mr. Jenkins's Account, the Sale File reference number for the portfolio of accounts PRA purchased from Synchrony Bank on or about March 12, 2024 is "IC_SFFLPRFS_DMPLA_DebtManager-20240313051335125153000-381650-PLCMNT-EXPORT.xml.gzip." A true and accurate copy of the Bill of Sale is attached as **Exhibit A**.

17. The Sale File reference number provided on the Load Data for Mr. Jenkins's Account is "IC_SFFLPRFS_DMPLA_DebtManager-20240313051335125153000-381650-PLCMNT-EXPORT.XML". A true and accurate copy of the Load Data for Mr. Jenkins's Account is attached as **Exhibit B**.

18. The Bill of Sale states that Synchrony Bank sold to PRA "to the extent of its ownership, the Accounts as set forth in the Notification Files . . . delivered by Seller to Buyer on or about the 12th of March, 2024." *See* **Ex. A**.

19. For Mr. Jenkins's Account, PRA also received a sale notification letter from Synchrony to Mr. Jenkins to inform him of the sale of the Account to PRA. A true and accurate copy of the Sale Notification Letter for Mr. Jenkins's Account is attached as **Exhibit C**.

20. PRA also received an Affidavit of Sale regarding the sale of Mr. Jenkins's account to PRA, executed by Synchrony Bank's employee Sally Nester. A true and accurate copy of the Affidavit of Sale, and incorporated into PRA's business records, is attached as **Exhibit D**.

## II. PRA's Credit Monitoring Procedures

21. PRA regularly receives certain limited information regarding consumers who owe PRA a financial obligation via an automatic transmission of data from TransUnion, LLC ("TransUnion"), a national consumer reporting agency.

22. The information PRA receives does not include the consumer's credit report. Rather, PRA receives only certain information including, but not limited to, the consumer's name, address, phone number (if available), Social Security number, and whether Plaintiff has any bankruptcy or foreclosure records (the "TransUnion Information").

23. PRA provided a general certification of permissible purpose pursuant to 15 U.S.C. § 1681b(f)(2) and 15 U.S.C. § 1681e to TransUnion before it started to receive consumer information.

24. PRA uses the credit information it receives from TransUnion in connection with its attempts to collect or otherwise recover the financial obligations owed to it by consumers.

## III. PRA's Use of Plaintiff's Credit Information

25. PRA received Mr. Jenkins's TransUnion Information from TransUnion following PRA's purchase of the Account from Synchrony Bank.

26. PRA used this information in connection with its attempts to collect or otherwise recover the financial obligation Mr. Jenkins owes PRA arising from the Account.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct to the best of my personal knowledge.

Executed this 30th day of July 2026

Ricky Vaughan

Ricky Vaughan

# EXHIBIT A

synchrony
965 Keller Rd
Altamonte Springs, FL 32714

# BILL of SALE

## PRA (SFFLPRFS) – PLCC Fresh – March 2024

IC_SFFLPRFS_DMPLA_DebtManager-20240313051335125153000-381650-PLCMNT-EXPORT.xml.gzip

Transfer Date: 3/12/2024

For value received and in further consideration of the mutual covenants and conditions set forth in the Master Account Sale Agreement (the "Agreement"), dated as of this 13th day of February, 2023 by and between Synchrony Bank formerly known as GE Capital Retail Bank; RFS Holding, LLC, Synchrony Card Funding, LLC and Retail Finance Credit Services, LLC., ("Seller") and Portfolio Recovery Associates, LLC ("Buyer"), Seller hereby transfers, sells, conveys, grants, and delivers to Buyer, its successors and assigns, without recourse except as set forth in the Agreement, to the extent of its ownership, the Accounts as set forth in the Notification Files (as defined in the Agreement and Account Sale Addendum dated 2/2/2024), delivered by Seller to Buyer on or about 12th day of March, 2024, and as further described in the Agreement.

The aggregate Sale Balance of the accounts as of the Transfer Date was [redacted]

Synchrony Bank
DocuSigned by:
By: Lynne Fisher 3/27/2024
17C16DBC75C743B...
Lynne Fisher
Title: SVP Recovery Operations

RFS Holding LLC
DocuSigned by:
By: Lynne Fisher 3/27/2024
17C16DBC75C743B...
Lynne Fisher
Title: Duly Authorized Signatory

Synchrony Card Funding, LLC
DocuSigned by:
By: Lynne Fisher 3/27/2024
17C16DBC75C743B...
Lynne Fisher
Title: Duly Authorized Signatory

Retail Finance Credit Services, LLC
DocuSigned by:
By: Lynne Fisher 3/27/2024
17C16DBC75C743B...
Lynne Fisher
Title: Vice President

# EXHIBIT B

**Sale File: IC_SFFLPRFS_DMPLA_DEBTMANAGER-20240313051335125153000-381650-PLCMNT-EXPORT.XML**

| | |
|---|---|
| CREDITOR-ACCOUNT-REFERENCE-IDENTIFIER | 5243631200557880 |
| GERMSACCTNUM | |
| FLIPACCTNUM | |
| PARENTACCT | |
| CONSUMER-LEGACY-IDENTIFIER | 5243631200557880P |
| CREDITOR-EXTERNAL-ACCOUNT-IDENTIFIER | |
| AGENCY-ACCOUNT-IDENTIFIER | 2964388178 |
| CREDITOR-ACCOUNT-LEGACY-IDENTIFIER | 5243631200557880 |
| AGNCY_ENTTY_CRRLTN_ID | |
| CNSMR_ID | |
| CNSMR_ACCNT_OWNRS_ID | |
| CONSUMER-ID | |
| COMAKER_1_CONSUMER-LEGACY-IDENTIFIER | |
| COMAKER_2_CONSUMER-LEGACY-IDENTIFIER | |
| CONSUMER-FIRST-NAME | JARRETT |
| CONSUMER-MIDDLE-NAME | |
| CONSUMER-LAST-NAME | JENKINS |
| CONSUMER-NAME-PREFIX | |
| CONSUMER-NAME-SUFFIX | |
| BIRTH-DATE | 1973-[redacted] |
| DRIVER-LICENSE-TEXT | |
| DRIVER-LICENSE-ISSUER | |
| PASSPORT-TEXT | |
| PERSONAL-IDENTIFIER | [redacted]1996 |
| IS-COMMERCIAL-FLAG | 0 |
| MARITAL-STATUS | UNKNOWN |
| FULL-NAME | |
| ALTERNATE-FULL-NAME | |
| CNSMR_IDNTFR_CMMRCL_TXT | |
| CNSMR_ACCNT_OWNRSHP_END_DTTM | |
| CNSMR_ACCNT_OWNRSHP_WGHT_NMBR | |
| CNSMR_ACCNT_OWNRSHP_TYP_VAL_TXT | |
| ACCNT_OWNRSHP_TYP_QUAL_VAL_TXT | |
| CNSMR_ACCNT_OWNRSHP_DTTM | |

**Sale File: IC_SFFLPRFS_DMPLA_DEBTMANAGER-20240313051335125153000-381650-PLCMNT-EXPORT.XML**

| | |
|---|---|
| DATEOFDEATH | |
| COMMERCIAL-CONTACT-NAME | |
| LANGUAGE-SPOKEN | ENG |
| LETTER-METHOD | UNKNOWN |
| EMAIL-ADDRESS | JROBERTJENKINS@GMAIL.COM |
| EMAIL-VALIDITY | VALID |
| EMAIL-OPTIN-FLAG | 1 |
| EMAIL-OPTIN-DATE | |
| CNSMR_ADDRSS_ID | |
| ADDRESS-LINE-1 | 1 |
| ADDRESS-LINE-2 | 334 LOCUST ST |
| ADDRESS-LINE-3 | |
| ADDRESS-CITY | WEST HEMPSTEAD |
| ADDRESS-COUNTY | |
| ADDRESS-STATE-CODE | NY |
| ADDRESS-POSTAL-CODE | 115523044 |
| ADDRESS-COUNTRY-CODE | US |
| MAIL-RETURN-CODE-VALUE | |
| MAIL-RETURN-DATE | |
| MAIL-RETURN-COMMENTS | |
| ADDRESS-SOURCE | UNKNOWN |
| ADDRESS-STATUS | VALID |
| CNSMR_ADDRSS_DLVRBLTY_TXT | |
| CNSMR_ADDRSS_CNFRMTN_DT | |
| PHONE-NUMBER_1 | 6464706813 |
| PHONE-EXTENSION_1 | N |
| PHONE-TYPE_1 | CELL |
| PHONE-TECHNOLOGY-TYPE_1 | UNKNOWN |
| COUNTRY-DIAL-CODE_1 | N |
| COUNTRY-REFERENCE_1 | N |
| CONNECT-ATTEMPT-COUNT_1 | |
| LAST-CONNECT-ATTEMPT-DATE_1 | |
| LAST-CONNECT-SUCCESS-DATE_1 | |
| PHONE-STATUS_1 | UNKNOWN |
| PHONE-SOURCE_1 | UNKNOWN |
| PHONE-CONSENT-FLAG_1 | 0 |
| PHONE-CONSENT-DATE_1 | |
| PHONE-NUMBER_2 | |
| PHONE-EXTENSION_2 | |
| PHONE-TYPE_2 | |

**Sale File: IC_SFFLPRFS_DMPLA_DEBTMANAGER-20240313051335125153000-381650-PLCMNT-EXPORT.XML**

| | |
|---|---|
| PHONE-TECHNOLOGY-TYPE_2 | |
| COUNTRY-DIAL-CODE_2 | |
| COUNTRY-REFERENCE_2 | |
| CONNECT-ATTEMPT-COUNT_2 | |
| LAST-CONNECT-ATTEMPT-DATE_2 | |
| LAST-CONNECT-SUCCESS-DATE_2 | |
| PHONE-STATUS_2 | |
| PHONE-SOURCE_2 | |
| PHONE-CONSENT-FLAG_2 | |
| PHONE-CONSENT-DATE_2 | |
| PHONE-NUMBER_3 | |
| PHONE-EXTENSION_3 | |
| PHONE-TYPE_3 | |
| PHONE-TECHNOLOGY-TYPE_3 | |
| COUNTRY-DIAL-CODE_3 | |
| COUNTRY-REFERENCE_3 | |
| CONNECT-ATTEMPT-COUNT_3 | |
| LAST-CONNECT-ATTEMPT-DATE_3 | |
| LAST-CONNECT-SUCCESS-DATE_3 | |
| PHONE-STATUS_3 | |
| PHONE-SOURCE_3 | |
| PHONE-CONSENT-FLAG_3 | |
| PHONE-CONSENT-DATE_3 | |
| PHONE-NUMBER_4 | |
| PHONE-EXTENSION_4 | |
| PHONE-TYPE_4 | |
| PHONE-TECHNOLOGY-TYPE_4 | |
| COUNTRY-DIAL-CODE_4 | |
| COUNTRY-REFERENCE_4 | |
| CONNECT-ATTEMPT-COUNT_4 | |
| LAST-CONNECT-ATTEMPT-DATE_4 | |
| LAST-CONNECT-SUCCESS-DATE_4 | |
| PHONE-STATUS_4 | |
| PHONE-SOURCE_4 | |
| PHONE-CONSENT-FLAG_4 | |
| PHONE-CONSENT-DATE_4 | |
| ADDRHISTCHGDT | 2022-11-02 |

**Sale File: IC_SFFLPRFS_DMPLA_DEBTMANAGER-20240313051335125153000-381650-PLCMNT-EXPORT.XML**

| | |
|---|---|
| COMAKER_1_CONSUMER-FIRST-NAME | |
| COMAKER_1_CONSUMER-MIDDLE-NAME | |
| COMAKER_1_CONSUMER-LAST-NAME | |
| COMAKER_1_CONSUMER-NAME-PREFIX | |
| COMAKER_1_CONSUMER-NAME-SUFFIX | |
| COMAKER_1_BIRTH-DATE | |
| COMAKER_1_DRIVER-LICENSE-TEXT | |
| COMAKER_1_DRIVER-LICENSE-ISSUER | |
| COMAKER_1_PASSPORT-TEXT | |
| COMAKER_1_PERSONAL-IDENTIFIER | |
| COMAKER_1_IS-COMMERCIAL-FLAG | |
| COMAKER_1_LANGUAGE-SPOKEN | |
| COMAKER_1_MARITAL-STATUS | |
| COMAKER_1_FULL-NAME | |
| COMAKER_1_ALTERNATE-FULL-NAME | |
| COMAKER_1_CNSMR_ACCNT_OWNRSHP_TYP_VAL_TXT | |
| COMAKER_1_ACCNT_OWNRSHP_TYP_QUAL_VAL_TXT | |
| COMAKER_1_CNSMR_ACCNT_OWNRSHP_DTTM | |
| COMAKER_2_CONSUMER-FIRST-NAME | |
| COMAKER_2_CONSUMER-MIDDLE-NAME | |
| COMAKER_2_CONSUMER-LAST-NAME | |
| COMAKER_2_CONSUMER-NAME-PREFIX | |
| COMAKER_2_CONSUMER-NAME-SUFFIX | |
| COMAKER_2_BIRTH-DATE | |
| COMAKER_2_DRIVER-LICENSE-TEXT | |
| COMAKER_2_DRIVER-LICENSE-ISSUER | |
| COMAKER_2_PASSPORT-TEXT | |

**Sale File: IC_SFFLPRFS_DMPLA_DEBTMANAGER-20240313051335125153000-381650-PLCMNT-EXPORT.XML**

| | |
|---|---|
| COMAKER_2_PERSONAL-IDENTIFIER | |
| COMAKER_2_IS-COMMERCIAL-FLAG | |
| COMAKER_2_COMMERCIAL-CONTACT-NAME | |
| COMAKER_2_LANGUAGE-SPOKEN | |
| COMAKER_2_MARITAL-STATUS | |
| COMAKER_2_FULL-NAME | |
| COMAKER_2_ALTERNATE-FULL-NAME | |
| COMAKER_2_CNSMR_ACCNT_OWNRSHP_TYP_VAL_TXT | |
| COMAKER_2_ACCNT_OWNRSHP_TYP_QUAL_VAL_TXT | |
| COMAKER_2_CNSMR_ACCNT_OWNRSHP_DTTM | |
| COMAKER_2_CNSMR_ADDRSS_DLVRBLTY_TXT | |
| COMAKER_2_CNSMR_ADDRSS_CNFRMTN_DT | |
| UDCON_LANGPREFER | |
| COMAKER_1_COMMERCIAL-CONTACT-NAME | |
| COMAKER_1_LETTER-METHOD | |
| COMAKER_1_EMAIL-ADDRESS | |
| COMAKER_1_EMAIL-VALIDITY | |
| COMAKER_1_EMAIL-OPTIN-FLAG | |
| COMAKER_1_EMAIL-OPTIN-DATE | |
| COMAKER_1_ADDRESS-LINE-1 | |
| COMAKER_1_ADDRESS-LINE-2 | |
| COMAKER_1_ADDRESS-LINE-3 | |
| COMAKER_1_ADDRESS-CITY | |
| COMAKER_1_ADDRESS-COUNTY | |
| COMAKER_1_ADDRESS-STATE-CODE | |
| COMAKER_1_ADDRESS-POSTAL-CODE | |

**Sale File: IC_SFFLPRFS_DMPLA_DEBTMANAGER-20240313051335125153000-381650-PLCMNT-EXPORT.XML**

| | |
|---|---|
| COMAKER_1_ADDRESS-COUNTRY-CODE | |
| COMAKER_1_MAIL-RETURN-CODE-VALUE | |
| COMAKER_1_MAIL-RETURN-DATE | |
| COMAKER_1_MAIL-RETURN-COMMENTS | |
| COMAKER_1_ADDRESS-SOURCE | |
| COMAKER_1_ADDRESS-STATUS | |
| COMAKER_1_CNSMR_ADDRSS_DLVRBLTY_TXT | |
| COMAKER_1_CNSMR_ADDRSS_CNFRMTN_DT | |
| COMAKER_1_PHONE-NUMBER_1 | |
| COMAKER_1_PHONE-EXTENSION_1 | |
| COMAKER_1_PHONE-TYPE_1 | |
| COMAKER_1_PHONE-TECHNOLOGY-TYPE_1 | |
| COMAKER_1_COUNTRY-DIAL-CODE_1 | |
| COMAKER_1_COUNTRY-REFERENCE_1 | |
| COMAKER_1_CONNECT-ATTEMPT-COUNT_1 | |
| COMAKER_1_LAST-CONNECT-ATTEMPT-DATE_1 | |
| COMAKER_1_LAST-CONNECT-SUCCESS-DATE_1 | |
| COMAKER_1_PHONE-STATUS_1 | |
| COMAKER_1_PHONE-SOURCE_1 | |
| COMAKER_1_PHONE-CONSENT-FLAG_1 | |
| COMAKER_1_PHONE-CONSENT-DATE_1 | |
| COMAKER_1_PHONE-NUMBER_2 | |
| COMAKER_1_PHONE-EXTENSION_2 | |
| COMAKER_1_PHONE-TYPE_2 | |
| COMAKER_1_PHONE-TECHNOLOGY-TYPE_2 | |

**Sale File: IC_SFFLPRFS_DMPLA_DEBTMANAGER-20240313051335125153000-381650-PLCMNT-EXPORT.XML**

| | |
|---|---|
| COMAKER_1_COUNTRY-DIAL-CODE_2 | |
| COMAKER_1_COUNTRY-REFERENCE_2 | |
| COMAKER_1_CONNECT-ATTEMPT-COUNT_2 | |
| COMAKER_1_LAST-CONNECT-ATTEMPT-DATE_2 | |
| COMAKER_1_LAST-CONNECT-SUCCESS-DATE_2 | |
| COMAKER_1_PHONE-STATUS_2 | |
| COMAKER_1_PHONE-SOURCE_2 | |
| COMAKER_1_PHONE-CONSENT-FLAG_2 | |
| COMAKER_1_PHONE-CONSENT-DATE_2 | |
| COMAKER_1_PHONE-NUMBER_3 | |
| COMAKER_1_PHONE-EXTENSION_3 | |
| COMAKER_1_PHONE-TYPE_3 | |
| COMAKER_1_PHONE-TECHNOLOGY-TYPE_3 | |
| COMAKER_1_COUNTRY-DIAL-CODE_3 | |
| COMAKER_1_COUNTRY-REFERENCE_3 | |
| COMAKER_1_CONNECT-ATTEMPT-COUNT_3 | |
| COMAKER_1_LAST-CONNECT-ATTEMPT-DATE_3 | |
| COMAKER_1_LAST-CONNECT-SUCCESS-DATE_3 | |
| COMAKER_1_PHONE-STATUS_3 | |
| COMAKER_1_PHONE-SOURCE_3 | |
| COMAKER_1_PHONE-CONSENT-FLAG_3 | |
| COMAKER_1_PHONE-CONSENT-DATE_3 | |
| COMAKER_1_PHONE-NUMBER_4 | |
| COMAKER_1_PHONE-EXTENSION_4 | |

**Sale File: IC_SFFLPRFS_DMPLA_DEBTMANAGER-20240313051335125153000-381650-PLCMNT-EXPORT.XML**

| | |
|---|---|
| COMAKER_1_PHONE-TYPE_4 | |
| COMAKER_1_PHONE-TECHNOLOGY-TYPE_4 | |
| COMAKER_1_COUNTRY-DIAL-CODE_4 | |
| COMAKER_1_COUNTRY-REFERENCE_4 | |
| COMAKER_1_CONNECT-ATTEMPT-COUNT_4 | |
| COMAKER_1_LAST-CONNECT-ATTEMPT-DATE_4 | |
| COMAKER_1_LAST-CONNECT-SUCCESS-DATE_4 | |
| COMAKER_1_PHONE-STATUS_4 | |
| COMAKER_1_PHONE-SOURCE_4 | |
| COMAKER_1_PHONE-CONSENT-FLAG_4 | |
| COMAKER_1_PHONE-CONSENT-DATE_4 | |
| COMAKER_2_LETTER-METHOD | |
| COMAKER_2_EMAIL-ADDRESS | |
| COMAKER_2_EMAIL-VALIDITY | |
| COMAKER_2_EMAIL-OPTIN-FLAG | |
| COMAKER_2_EMAIL-OPTIN-DATE | |
| COMAKER_2_ADDRESS-LINE-1 | |
| COMAKER_2_ADDRESS-LINE-2 | |
| COMAKER_2_ADDRESS-LINE-3 | |
| COMAKER_2_ADDRESS-CITY | |
| COMAKER_2_ADDRESS-COUNTY | |
| COMAKER_2_ADDRESS-STATE-CODE | |
| COMAKER_2_ADDRESS-POSTAL-CODE | |
| COMAKER_2_ADDRESS-COUNTRY-CODE | |
| COMAKER_2_MAIL-RETURN-CODE-VALUE | |

**Sale File: IC_SFFLPRFS_DMPLA_DEBTMANAGER-20240313051335125153000-381650-PLCMNT-EXPORT.XML**

| | |
|---|---|
| COMAKER_2_MAIL-RETURN-DATE | |
| COMAKER_2_MAIL-RETURN-COMMENTS | |
| COMAKER_2_ADDRESS-SOURCE | |
| COMAKER_2_ADDRESS-STATUS | |
| COMAKER_2_PHONE-NUMBER_1 | |
| COMAKER_2_PHONE-EXTENSION_1 | |
| COMAKER_2_PHONE-TYPE_1 | |
| COMAKER_2_PHONE-TECHNOLOGY-TYPE_1 | |
| COMAKER_2_COUNTRY-DIAL-CODE_1 | |
| COMAKER_2_COUNTRY-REFERENCE_1 | |
| COMAKER_2_CONNECT-ATTEMPT-COUNT_1 | |
| COMAKER_2_LAST-CONNECT-ATTEMPT-DATE_1 | |
| COMAKER_2_LAST-CONNECT-SUCCESS-DATE_1 | |
| COMAKER_2_PHONE-STATUS_1 | |
| COMAKER_2_PHONE-SOURCE_1 | |
| COMAKER_2_PHONE-CONSENT-FLAG_1 | |
| COMAKER_2_PHONE-CONSENT-DATE_1 | |
| COMAKER_2_PHONE-NUMBER_2 | |
| COMAKER_2_PHONE-EXTENSION_2 | |
| COMAKER_2_PHONE-TYPE_2 | |
| COMAKER_2_PHONE-TECHNOLOGY-TYPE_2 | |
| COMAKER_2_COUNTRY-DIAL-CODE_2 | |
| COMAKER_2_COUNTRY-REFERENCE_2 | |
| COMAKER_2_CONNECT-ATTEMPT-COUNT_2 | |
| COMAKER_2_LAST-CONNECT-ATTEMPT-DATE_2 | |

**Sale File: IC_SFFLPRFS_DMPLA_DEBTMANAGER-20240313051335125153000-381650-PLCMNT-EXPORT.XML**

| | |
|---|---|
| COMAKER_2_LAST-CONNECT-SUCCESS-DATE_2 | |
| COMAKER_2_PHONE-STATUS_2 | |
| COMAKER_2_PHONE-SOURCE_2 | |
| COMAKER_2_PHONE-CONSENT-FLAG_2 | |
| COMAKER_2_PHONE-CONSENT-DATE_2 | |
| COMAKER_2_PHONE-NUMBER_3 | |
| COMAKER_2_PHONE-EXTENSION_3 | |
| COMAKER_2_PHONE-TYPE_3 | |
| COMAKER_2_PHONE-TECHNOLOGY-TYPE_3 | |
| COMAKER_2_COUNTRY-DIAL-CODE_3 | |
| COMAKER_2_COUNTRY-REFERENCE_3 | |
| COMAKER_2_CONNECT-ATTEMPT-COUNT_3 | |
| COMAKER_2_LAST-CONNECT-ATTEMPT-DATE_3 | |
| COMAKER_2_LAST-CONNECT-SUCCESS-DATE_3 | |
| COMAKER_2_PHONE-STATUS_3 | |
| COMAKER_2_PHONE-SOURCE_3 | |
| COMAKER_2_PHONE-CONSENT-FLAG_3 | |
| COMAKER_2_PHONE-CONSENT-DATE_3 | |
| COMAKER_2_PHONE-NUMBER_4 | |
| COMAKER_2_PHONE-EXTENSION_4 | |
| COMAKER_2_PHONE-TYPE_4 | |
| COMAKER_2_PHONE-TECHNOLOGY-TYPE_4 | |
| COMAKER_2_COUNTRY-DIAL-CODE_4 | |
| COMAKER_2_COUNTRY-REFERENCE_4 | |
| COMAKER_2_CONNECT-ATTEMPT-COUNT_4 | |

**Sale File: IC_SFFLPRFS_DMPLA_DEBTMANAGER-20240313051335125153000-381650-PLCMNT-EXPORT.XML**

| | |
|---|---|
| COMAKER_2_LAST-CONNECT-ATTEMPT-DATE_4 | |
| COMAKER_2_LAST-CONNECT-SUCCESS-DATE_4 | |
| COMAKER_2_PHONE-STATUS_4 | |
| COMAKER_2_PHONE-SOURCE_4 | |
| COMAKER_2_PHONE-CONSENT-FLAG_4 | |
| COMAKER_2_PHONE-CONSENT-DATE_4 | |
| CREDIT-GRANTED-DATE | |
| CREDIT-PLACEMENT-DATE | Jan 25 2024 12:00AM |
| CREDIT-LAST-SERVICE-DATE | Jan 24 2024 12:00AM |
| INTEREST-PERCENTAGE | 0.0000000 |
| INTEREST-TYPE-CODE | NONE |
| ORIGINAL-NOMINAL-BALANCE | 13830.94 |
| CHARGE-OFF-DATE | Jan 24 2024 12:00AM |
| REFINANCE-DATE | |
| DELINQUENCY-DATE | Jul 26 2023 12:00AM |
| INTEREST-START-DATE | |
| BUCKET-TRANSACTION-TYPE | PLACEMENT |
| PRI | 12098.22 |
| PRI-OTHR | |
| INT | 1445.72 |
| SUMPTCOINT | 0.00 |
| SUMPTCOFEES | 0.00 |
| SUMPTCOCREDITS | 0.00 |
| SUMPTCOPMTS | 0.00 |
| HDSPUTEAMT | |
| OPENDATE | 2022-11-02 |
| HOEX_LASTPAYDATE | |
| ORGCHGOFFPRI | 12098.22 |
| ORGCHGOFFINT | 1445.72 |
| ORGCHGOFFCOST | |
| FXDPAYAMT | 0.00 |
| LSTPURDTE | 2023-04-03 |
| LSTMONDTE | 2024-01-24 |
| ORGCHGOFFFEES | 287.00 |
| LSTSTMTDT | 2024-01-24 |
| LSTSTBAMT | 13830.94 |
| PRECOLSTPAYAMT | 2607.00 |

**Sale File: IC_SFFLPRFS_DMPLA_DEBTMANAGER-20240313051335125153000-381650-PLCMNT-EXPORT.XML**

| | |
|---|---|
| PRECOLSTPAYDT | 2024-01-18 |
| REWARDCREDITS | 0.00 |
| LSTCASHADVAM | 0.00 |
| LSTSUCCONT | |
| LSTBALXFDTE | |
| HOEX_STMTHDCD | Y |
| ORGACTDTE | |
| STMTSTARTDTE | |
| STMTENDDTE | |
| LSTBLLPDU | |
| HOEX2_STMTHDCD | |
| HOSTLTRHISTNO1 | 1P35 |
| HOSTLTRHISTDT1 | 2024-01-23 |
| HOSTLTRHISTNO2 | B518 |
| HOSTLTRHISTDT2 | 2024-01-15 |
| HOSTLTRHISTNO3 | 1P35 |
| HOSTLTRHISTDT3 | 2023-12-26 |
| HOSTLTRHISTNO4 | B546 |
| HOSTLTRHISTDT4 | 2023-12-13 |
| HOSTLTRHISTNO5 | 1P35 |
| HOSTLTRHISTDT5 | 2023-11-27 |
| HOSTLTRHISTNO6 | B545 |
| HOSTLTRHISTDT6 | 2023-11-14 |
| HOSTLTRHISTNO7 | 1P35 |
| HOSTLTRHISTDT7 | 2023-10-24 |
| HOSTLTRHISTNO8 | B544 |
| HOSTLTRHISTDT8 | 2023-10-15 |
| HOSTLTRHISTNO9 | 1P35 |
| HOSTLTRHISTDT9 | 2023-09-25 |
| HOSTLTRHISTNO10 | |
| HOSTLTRHISTDT10 | |
| LASTPAYDATE | 2024-01-18 |
| LASTPAYAMT | 2607.00 |
| ORJDGFEES | |
| ORJDGESCRW | |
| SIFSTDT | |
| NXTPAYDTE | |
| OFFICERCODE | TRU012 |
| BCLE | BC0181 |
| STATUTE-OF-LIMITATIONS-DATE | |
| OOSDATE | 2027-01-17 |
| CONSUMER-AGENCY-IDENTIFIER | |
| USER-ATTORNEY-FLAG | 0 |

**Sale File: IC_SFFLPRFS_DMPLA_DEBTMANAGER-20240313051335125153000-381650-PLCMNT-EXPORT.XML**

| | |
|---|---|
| CNSMR_IDNTFR_AGNCY_ID | |
| COMAKER_1_CONSUMER-AGENCY-IDENTIFIER | |
| COMAKER_1_USER-ATTORNEY-FLAG | |
| COMAKER_2_CONSUMER-AGENCY-IDENTIFIER | |
| COMAKER_2_USER-ATTORNEY-FLAG | |
| COLLTRLID | |
| VEHICLEYR | |
| VEHICLEMK | |
| REPODATE | |
| VPAMTPURCYC1 | |
| VPCYC30DELCT | |
| VPCYC60DELCT | |
| VPCYC90DELCT | |
| VPCYC120DELCT | |
| VPCYC180DELCT | |
| VPCYC30DELAM | |
| VPCYC90DELAM | |
| VPCYC91DELAM | |
| VPAMTPMTSCYC | |
| VPPAYOFFAMT | |
| VPDATEMATURE | |
| VPREGPYTDTE | |
| VPLATECHARGES | |
| VPLSTEXTDTE | |
| VPOWNRENT | |
| VPCOLLID | |
| VPVEHYEAR | |
| VPVEHMAKE | |
| VPREPODATE | |
| VPCOLSALEPRC | |
| SECURED | |
| BK_BKCASENUM | |
| BK_BKFILEDATE | |
| BK_OBJDISCHDTE | |
| BK_DISMISSDATE | |
| BK_DISCHGDATE | |
| BK_RFFMDATE | |
| BK_ACCPTDATE | |
| BK_BKCHAPTER | |
| BK_VOLSUR | |
| BK_PRIMARYFILER | |
| BK_BKREINSTATEDT | |

**Sale File: IC_SFFLPRFS_DMPLA_DEBTMANAGER-20240313051335125153000-381650-PLCMNT-EXPORT.XML**

| | |
|---|---|
| BK_JOINTFILER | |
| BKC_BKCASENUM | |
| BKC_BKFILEDATE | |
| BKC_DISMISSDATE | |
| BKC_DISCHGDATE | |
| BKC_RFFMDATE | |
| BKC_ACCPTDATE | |
| BKC_BKCHAPTER | |
| BKC_VOLSUR | |
| BKC_PRIMARYFILER | |
| BKC_JOINTFILER | |
| BKW_BKCASENUM | |
| BKW_BKFILEDATE | |
| BKW_DISMISSDATE | |
| BKW_DISCHGDATE | |
| BKW_RFFMDATE | |
| BKW_ACCPTDATE | |
| BKW_BKCHAPTER | |
| BKW_VOLSUR | |
| BKW_PRIMARYFILER | |
| BKW_JOINTFILER | |
| JUDGDATE | |
| SUITFILEDATE | |
| CASEDOCKETNBR | |
| BKSCRUBNOHIT | |
| UDBKC_BKCASENUM | |
| UDBKC_BKFILEDATE | |
| UDBKC_DISMISSDATE | |
| UDBKC_DISCHGDATE | |
| UDBKC_RFFMDATE | |
| UDBKC_ACCPTDATE | |
| UDBKC_BKCHAPTER | |
| UDBKC_VOLSUR | |
| UDBKC_PRIMARYFILER | |
| UDBKC_JOINTFILER | |
| UDBKW_BKCASENUM | |
| UDBKW_BKFILEDATE | |
| UDBKW_DISMISSDATE | |
| UDBKW_DISCHGDATE | |
| UDBKW_RFFMDATE | |
| UDBKW_ACCPTDATE | |
| UDBKW_BKCHAPTER | |
| UDBKW_VOLSUR | |
| UDBKW_PRIMARYFILER | |
| UDBKW_JOINTFILER | |
| AE_FULL-NAME | |

**Sale File: IC_SFFLPRFS_DMPLA_DEBTMANAGER-20240313051335125153000-381650-PLCMNT-EXPORT.XML**

| | |
|---|---|
| AE_ADDRESS-LINE-1 | |
| AE_ADDRESS-LINE-2 | |
| AE_ADDRESS-CITY | |
| AE_ADDRESS-STATE-CODE | |
| AE_ADDRESS-POSTAL-CODE | |
| COMAKER_1_AE_FULL-NAME | |
| COMAKER_1_AE_ADDRESS-LINE-1 | |
| COMAKER_1_AE_ADDRESS-LINE-2 | |
| COMAKER_1_AE_ADDRESS-CITY | |
| COMAKER_1_AE_ADDRESS-STATE-CODE | |
| COMAKER_1_AE_ADDRESS-POSTAL-CODE | |
| COMAKER_2_AE_FULL-NAME | |
| COMAKER_2_AE_ADDRESS-LINE-1 | |
| COMAKER_2_AE_ADDRESS-LINE-2 | |
| COMAKER_2_AE_ADDRESS-CITY | |
| COMAKER_2_AE_ADDRESS-STATE-CODE | |
| COMAKER_2_AE_ADDRESS-POSTAL-CODE | |
| CONSUMER-BEHAVIOR-SCORE | 0 |
| CONSUMER-ACCESS-PIN-NUMBER | |
| CONSUMER-INFO-CORRELATION-IDENTIFIER | |
| CREDITOR-NAME | CARDPLCC |
| CREDITOR-SHORT-NAME | |
| CREDITOR-TYPE | |
| CRB-REFERENCE-IDENTIFIER | |
| DESCRIPTION-TEXT | |
| IS-INTERNAL-FLAG | 0 |
| SUPRESS-CREDIT-BUREAU-REPORTING | 1 |
| AGE-AT-PLACEMENT | |
| ACCOUNT-TYPE-CODE | UNKNOWN |
| ACCOUNT-PORTFOLIO-CODE | R |
| CORRELATION-IDENTIFIER | |

**Sale File: IC_SFFLPRFS_DMPLA_DEBTMANAGER-20240313051335125153000-381650-PLCMNT-EXPORT.XML**

| | |
|---|---|
| INCOME-GROSS-AMOUNT | |
| SEQ_NO | |
| TYPE | |
| WRKGRP_SHRT_NM | |
| CNSMR_LST_WRKGRP_SHRT_NM | |
| CNSMR_TMZN_OVRRD_VAL_TXT | |
| FULL-TEXT | |
| OBSOLETE-REASON | |
| OBSOLETE-DATE | |
| RAW-TEXT_1 | N |
| SCORE-NUMBER_1 | 1 |
| RAW-TEXT_2 | |
| SCORE-NUMBER_2 | |
| RAW-TEXT_3 | |
| SCORE-NUMBER_3 | |
| RAW-TEXT_4 | |
| SCORE-NUMBER_4 | |
| REQUESTDATE | |
| CII | |
| ECOA | 1 |
| SALEPRICE | |
| CLAIMDATE | |
| CHGOFFRSN | WNPY |
| CORFLGCDE | 0 |
| TLNSFCKCT | 1 |
| MISC1 | |
| CBRCODE | 1 |
| CLASSFTN | |
| CHGOFFCDE | 86 |
| GENERATIONCODE | |
| CLIENTNAME | SYNCHRONY BANK |
| COMMERCIALTIN | |
| COMMERCIALNAME | |
| NONREISSUELTRNO | |
| BOOKPAGE | |
| LOANTYPE | |
| SCRAEXPIRE | |
| DECSCRUBNOHIT | |
| SIFPGMKY | |
| UDCBD_CII | |
| UDCBD_ECOA | |
| COMAKER_1_CONSUMER-INFO-CORRELATION-IDENTIFIER | |
| COMAKER_1_FULL-TEXT | |

**Sale File: IC_SFFLPRFS_DMPLA_DEBTMANAGER-20240313051335125153000-381650-PLCMNT-EXPORT.XML**

| | |
|---|---|
| COMAKER_1_OBSOLETE-REASON | |
| COMAKER_1_OBSOLETE-DATE | |
| COMAKER_1_RAW-TEXT_1 | |
| COMAKER_1_SCORE-NUMBER_1 | |
| COMAKER_1_RAW-TEXT_2 | |
| COMAKER_1_SCORE-NUMBER_2 | |
| COMAKER_1_RAW-TEXT_3 | |
| COMAKER_1_SCORE-NUMBER_3 | |
| COMAKER_1_RAW-TEXT_4 | |
| COMAKER_1_SCORE-NUMBER_4 | |
| COMAKER_2_CONSUMER-INFO-CORRELATION-IDENTIFIER | |
| COMAKER_2_FULL-TEXT | |
| COMAKER_2_OBSOLETE-REASON | |
| COMAKER_2_OBSOLETE-DATE | |
| COMAKER_2_RAW-TEXT_1 | |
| COMAKER_2_SCORE-NUMBER_1 | |
| COMAKER_2_RAW-TEXT_2 | |
| COMAKER_2_SCORE-NUMBER_2 | |
| COMAKER_2_RAW-TEXT_3 | |
| COMAKER_2_SCORE-NUMBER_3 | |
| COMAKER_2_RAW-TEXT_4 | |
| COMAKER_2_SCORE-NUMBER_4 | |

# EXHIBIT C

Synchrony Bank
P.O. Box 71782
Philadelphia, PA 19176-1782

03/30/2024

JARRETT JENKINS
1
334 LOCUST ST
WEST HEMPSTEAD, NY 11552-3044

RE: Synchrony MasterCard
Account Number: 52436xxxxxxx7880
Account Balance at Time of Sale: 13,830.94

Dear JARRETT JENKINS,

This letter is to inform you that the above-referenced account was sold to Portfolio Recovery Associates, LLC on 03/12/2024. If you have any questions about this account, please contact:

Portfolio Recovery Associates, LLC
P.O. Box 12914,
Norfolk, VA 23541
800-772-1413
https://www.portfoliorecovery.com/

Sincerely,

Synchrony Bank

SOLDLTR2

# EXHIBIT D

Acct Nbr: [redacted]7880

Name: JARRETT JENKINS

Receiver Name: Portfolio Recovery Associates, LLC

Account State: NY

*This Cover Page is not intended for use within the affirmation and is for account reference only.*

UCS-CCR4 (01/2024)

# Affirmation of Facts and Sale of Account by Original Creditor



The undersigned, being duly sworn, deposes and says:

1. I, **SALLY NESTOR**, am a/an ([X] employee [ ] officer [ ] member) of **Synchrony Bank** ("Servicer"), servicer for **Synchrony Bank** ("Original Creditor"), and I have personal knowledge of and access to Original Creditor's books and records ("Business Records"), including electronic records, relating to a pool of defaulted/charged-off consumer credit accounts sold or assigned by Original Creditor to **Portfolio Recovery Associates, LLC** ("De bt Buyer"), on
**03/12/2024** (the "Sale"), which included the account ("Account") of the consumer ("Consumer") identified in the exhibits attached hereto and incorporated herein.

2. **[Check this paragraph if Servicer]**
[X] Servicer is the servicer for the Original Creditor. Original Creditor has authorized Servicer to service and maintain the Business Records relating to the Account, along with giving testimony and executing affirmations, affidavits, declarations,and certifications on behalf of Original Creditor regarding the Account.

3. As part of the Sale, Original Creditor assigned all of its interest in the Account, including the right to any proceeds from the Account, to Debt Buyer, and it transferred Business Records relating to the Account to Debt Buyer. A true and correct copy of the bill of sale or written assignment of the Account is attached as an exhibit to this affirmation.

4. In my position, I also have personal knowledge of Original Creditor's procedures for creating and maintaining its Business Records, including its procedures relating to the sale and assignment of consumer credit accounts. Original Creditor's Business Records were made in the regular course of business, and it was the regular course of such business to make the Business Records. The Business Records were made at or near the time of the events recorded. Based on my knowledge of Original Creditor's Business Records, I have personal knowledge of the facts set forth in this affirmation.

5. Original Creditor and Consumer were parties to a credit agreement ("Agreement"). Consumer agreed to pay Original Creditor for all goods, services and cash advances provided pursuant to the Agreement. The date and the amount of the last payment, if any, made by Consumer are set forth in an exhibit attached hereto and made a part hereof. Consumer defaulted and a demand for payment was made by Original Creditor. A true and correct copy of the Agreement is attached as an exhibit to this affirmation.

6. **[Check this paragraph if seeking judgment on an account stated cause of action]**
[ ] I have personal knowledge of Original Creditor's procedures for generating and mailing account statements to customers. It is the regular practice of Original Creditor's business to provide periodic account statements to its customers. Original Creditor sent one or more account statements relating to the Consumer's Account to Consumer on the date(s) and for the amount(s) due set forth in an exhibit attached hereto and made a part hereof. The account statement(s) were mailed to Consumer's last known address and Original Creditor's Business Records do not reflect that the statement(s) were returned by the post office or that the Consumer objected to them. A true and correct copy of the most recent account statement(s) generated and mailed by Original Creditor is attached as an exhibit to this affirmation.

7. **[Check this paragraph if seeking judgment on revolving consumer credit account]**
   [X] At the time of Sale, Consumer owed the amount set forth in the exhibits attached hereto and made a part hereof, which also set forth the name of the Consumer; the last four digits of the Account number; the date and amount of the charge-off balance; the date and amount of the last payment, if any; the total amounts, if applicable, of any post-charge-off interest and post-charge-off fees and charges; any post-charge-off credits or payments made by or on behalf of the Consumer; and the balance due at the time of the Sale. The above statements are true and correct to the best of my personal knowledge.

8. **[Check this paragraph if seeking judgment on a non-revolving consumer credit account]**
   [ ] At the time of Sale, Consumer owed the amount set forth in the exhibits attached hereto and made a part hereof, which also set forth the amount broken out by (i) principal; (ii)finance charge or charges; (iii) fees imposed by the original creditor; (iv) collection costs; (v) attorney's fees; (vi) interest; and (vii) any other fees and charges, less any credits or payments made by or on behalf of the Defendant of $ _______________.

I affirm this 6 day of March, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Signed by:
Sally Nestor
F0D96494ED834D6...

Signature

SALLY NESTOR

Print Name

**Exhibits to be Attached to Affirmation**

1. **Bill of Sale from Original Creditor to Debt Buyer**

2. **Agreement= Contract/Invoice or Charge-off Statement if revolving credit account**

3. **Most Recent Charge/Payment/Balance Transfer Statement**

4. **Additional Books and Records evidencing:**

    a. Debtor's Full Name

    b. Balance due and last 4 digits of Account Number printed on Most Recent Monthly Statement reflecting charge/payment/balance transfer

    c. Last Payment Date and Amount

    d. Charge-off/Delinquency Date and Amount

    e. Post-Charge-off/Delinquency Interest and/or Fees

    f. Post-Charge-off/Delinquency Credits

    g. Total Balance at time of Sale

[*Note: A Certificate of Conformity is only required for affirmations specific to real property transactions.*]

synchrony
965 Keller Rd
Altamonte Springs, FL 32714

# BILL of SALE

## PRA (SFFLPRFS) – PLCC Fresh – March 2024

IC_SFFLPRFS_DMPLA_DebtManager-20240313051335125153000-381650-PLCMNT-EXPORT.xml.gzip

Transfer Date: 3/12/2024

For value received and in further consideration of the mutual covenants and conditions set forth in the Master Account Sale Agreement (the "Agreement"), dated as of this 13th day of February, 2023 by and between Synchrony Bank formerly known as GE Capital Retail Bank; RFS Holding, LLC, Synchrony Card Funding, LLC and Retail Finance Credit Services, LLC., ("Seller") and Portfolio Recovery Associates, LLC ("Buyer"), Seller hereby transfers, sells, conveys, grants, and delivers to Buyer, its successors and assigns, without recourse except as set forth in the Agreement, to the extent of its ownership, the Accounts as set forth in the Notification Files (as defined in the Agreement and Account Sale Addendum dated 2/2/2024), delivered by Seller to Buyer on or about 12th day of March, 2024, and as further described in the Agreement.

The aggregate Sale Balance of the accounts as of the Transfer Date was [redacted]

Synchrony Bank
DocuSigned by:
By: Lynne Fisher 3/27/2024
17C16DBC75C743B...
Lynne Fisher
Title: SVP Recovery Operations

RFS Holding LLC
DocuSigned by:
By: Lynne Fisher 3/27/2024
17C16DBC75C743B...
Lynne Fisher
Title: Duly Authorized Signatory

Synchrony Card Funding, LLC
DocuSigned by:
By: Lynne Fisher 3/27/2024
17C16DBC75C743B...
Lynne Fisher
Title: Duly Authorized Signatory

Retail Finance Credit Services, LLC
DocuSigned by:
By: Lynne Fisher 3/27/2024
17C16DBC75C743B...
Lynne Fisher
Title: Vice President

Synchrony Bank
P.O. Box 71782
Philadelphia, PA 19176-1782

96480

03/30/2024

JARRETT JENKINS
1
334 LOCUST ST
WEST HEMPSTEAD, NY 11552-3044

RE: Synchrony MasterCard
Account Number: [redacted]7880
Account Balance at Time of Sale: 13,830.94

Dear JARRETT JENKINS,

This letter is to inform you that the above-referenced account was sold to Portfolio Recovery Associates, LLC on 03/12/2024. If you have any questions about this account, please contact:

Portfolio Recovery Associates, LLC
P.O. Box 12914,
Norfolk, VA 23541
800-772-1413
https://www.portfoliorecovery.com/

Sincerely,

Synchrony Bank

COLR516C 5956 5002 304 07 240330 PAGE 00001 OF 00001 00096480

0-0

SOLDLTR2

nt Detail [redacted]

Overview | User Defined | RMS Notes

Number: [redacted]
Name: JENKINS, JARRETT
SSN: XXXXX1996
Birth Date: [redacted]1973

**Summary**

| | |
|---|---|
| Balance: | $13,830.94 |
| Paid: | $0.00 |
| Original Bal.: | $13,830.94 |
| Total Accounts: | 1 |
| NSFs: | 0 |

**Address**

Address: 1
334 LOCUST ST
WEST HEMPSTEAD, NY 11552-3044
UNITED STATES

County:
Status: VALID
Confirmed:

**Email**

Email: [redacted]@GMAIL.COM
Effective:
Validity: Valid
Opted-In: 01/25/2024 00:00
Confirmed:

Contacts

Explorer

| | |
|---|---|
| Account Number: | [redacted] |
| Creditor: | CARDPLCC - Credit Card PLCC |
| Creditor Reference: | XXXXXXXXXXXX7880 |
| Creditor External Account: | |
| Creditor Legacy Id: | [redacted]7880 |
| Credit Bureau Legacy Id: | |
| Regarding: | |
| Placement Date: | 01/25/2024 00:00 |
| Date of Last Service: | 01/24/2024 |
| Credit Date: | |
| Delinquency Date: | 07/26/2023 |
| Refinance Date: | |
| Stat. Limitations Date: | |
| Original Creditor Name: | |
| Original Bal.: | $13,830.94 |
| Orig. Nominal Bal.: | $0.00 |
| Fee Schedule: | **** - ************ |
| Fixed Fee: | |
| Interest Start Date: | |
| Interest Rate: | 0.0000% |
| Interest Type: | None |
| Make Whole Cap Rate: | |
| Make Whole Charge: | System Generated |
| Placement Make Whole Date: | |
| Returned Date: | |
| Release Date: | 01/25/2024 |
| Charge Off Date: | 01/24/2024 |
| PIF Date: | |
| SIF Date: | |
| Write Off: | |
| Transaction State: | Georgia |

synchrony PREMIER

**JARRETT JENKINS**
**Account Number** ending in **7880**

FINANCING BY synchrony



## Payment Information

**AUTOPAY OF $312.00 SET FOR 07/18/23**

| | |
|---|---|
| **New Balance:** | **$12,286.98** |
| **Total Minimum Payment Due:** | **$312.00** |
| **Payment Due Date:** | **07/18/2023** |

**Late Payment Warning:** If we do not receive your Total Minimum Payment Due by the Payment Due Date listed above, you may have to pay a late fee up to $41.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay .... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| **Only the minimum payment** | **22 years** | **$29,453.00** |
| **$449.00** | **3 years** | **$16,157.00 (Savings = $13,296.00)** |

If you would like information about **credit counseling services**, call 1-877-302-8775.

Payments must be received by 5pm ET on 07/18/2023 if mailed, or by 11:59pm ET on 07/18/2023 for online and phone payments.

**NOTICE:** We may convert your payment into an electronic debit. See reverse for details, Billing Rights and other important information.

New York residents may contact the New York State Department of Financial Services by telephone or visit its website for free information on comparative credit card rates, fees and grace periods.
NY State Dept of Financial Services:
1-800-342-3736 http://www.dfs.ny.gov

## Account Summary

| | |
|---|---|
| **Previous Balance** as of 05/27/2023 | **$12,576.22** |
| Payments | - 478.00 |
| Interest Charges | + 188.76 |
| **New Balance** as of 06/25/2023 | **$12,286.98** |

30 Day Billing Cycle from 05/27/2023 to 06/25/2023

| | |
|---|---|
| Credit Limit | $12,900 |
| Available Credit | $613 |
| Cash Limit | $2,580 |
| Available Cash | $613 |

**Rewards Summary**
2% Cash Back Earned This Period $0.00
See Rewards Detail section

synchrony
Save with more flexibility.
$0
No monthly fees
No minimum balance
With Synchrony Bank
Visit synchronybank.com to open a Synchrony Bank account today.
Member FDIC

8640 BTJ 1 7 23 230625 PAGE 1 of 3 1408 1200 SYF7 01JT8640

synchrony

AUTOPAY OF $312.00 SET FOR 07/18/23

| | |
|---|---|
| **Account Number** | [redacted]**7880** |
| **New Balance** | **$12,286.98** |
| **Total Minimum Payment Due** | **$312.00** |
| **Payment Due Date** | **07/18/2023** |
| **Amount Enclosed** | $ |

VIEW AND PAY YOUR BILL ONLINE!
mastercard.syf.com

JARRETT JENKINS
1
334 LOCUST ST
WEST HEMPSTEAD NY 11552-3044

Make Payment to: SYNCHRONYMC/SYNCB
PO BOX 669814
DALLAS, TX 75266-0763

[redacted]

***Customer Service:* For account information, call the number on the front of this statement. For Hearing or Speech disabilities, use a TRS.** Unless your name is listed on this statement, your access to information on the account may be limited. You may also mail questions (but not payments) to: **P.O. Box 71726, Philadelphia, PA 19176-1726.** Please include your account number on any correspondence you send to us.
***Payments:*** Send payments to the address listed on the remit portion of this statement or pay online.
**Notice:** See below for your Billing Rights and other important information. Telephoning about billing errors will not preserve your rights under federal law. To preserve your rights, please write to our Billing Inquiries Address, P.O. Box 71725, Philadelphia, PA 19176-1725.

Purchases, returns, and payments made just prior to billing date may not appear until next month's statement. When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. **You may choose not to have your payment collected electronically by sending your payment (with the payment stub), in your own envelope – not the enclosed window envelope, addressed to: P.O. Box 71720, Philadelphia, PA 19176-1720 and not the Payment Address.**

***What To Do If You Think You Find A Mistake On Your Statement***
If you think there is an error on your statement, write to us at the Billing Inquiries Address of: Synchrony Bank, P.O. Box 71725, Philadelphia, PA 19176-1725
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

***Your Rights If You Are Dissatisfied With Your Credit Card Purchases***
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (**Note:** Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at: Synchrony Bank, P.O. Box 71725, Philadelphia, PA 19176-1725
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

***Information About Payments: You may at any time pay, in whole or in part, the total unpaid balance without any additional charge for prepayment.*** Payments received after 5:00 p.m. (ET) on any day will be credited as of the next day. Credit to your Account may be delayed up to five days if payment (a) is not received at the Payment Address, (b) is not made in U.S. dollars drawn on a U.S. financial institution located in the U.S., (c) is not accompanied by the remittance coupon attached to your statement, (d) contains more than one payment or remittance coupon, or (e) includes staples, paper clips, tape, a folded check, or correspondence of any type. Conditional Payments: All written communications concerning disputed amounts, including any check or other payment instrument that: (i) indicates that the payment constitutes "payment in full" or is tendered as full satisfaction of a disputed amount; or (ii) is tendered with other conditions or limitations ("Disputed Payments"), must be mailed or delivered to us at P.O. Box 71725, Philadelphia, PA 19176-1725.
***Credits To Your Account:*** An amount shown in parentheses or preceded by a minus (-) sign is a credit or credit balance unless otherwise indicated. Credits will be applied to your previous balance immediately upon receipt, but will not satisfy any required payment that may be due.
***Credit Reports And Account Information:*** If you believe that we have reported inaccurate information about you to a consumer reporting agency, please contact us at P.O. Box 71727, Philadelphia, PA 19176-1727. In doing so, please identify the inaccurate information and tell us why you believe it is incorrect. If you have a copy of the credit report that includes the inaccurate information, please include a copy of that report. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
***How We Calculate Interest***
**Daily Balance Method:** We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. We then add the interest to the daily balance. To get the "daily balance" we take the beginning balance of your account each day (which includes unpaid interest), add any new charges, and applicable fees, and subtract any payments or credits. This gives us the daily balance. Any daily balance of less than zero will be treated as zero. A separate daily balance will be calculated for each balance type on your account. The balance(s) shown in the Interest Charges section of this statement is the sum of the daily balances for each day in the billing cycle divided by the number of days in the billing cycle.

We will not charge you any interest on purchases if you pay your entire balance by the due date each month. Please refer to the due date shown on the front of your statement. We will begin charging interest on cash advances on the transaction date. If balance transfers are made available to you, we will begin charging interest on balance transfers on the transaction date.

***Your Account is owned and serviced by Synchrony Bank.***

[WF6455521FS] O1JT8640 - 03/28/23

***Bankruptcy Notice:*** If you file bankruptcy, you must send us notice, including account number and all information related to the proceeding to the following address: Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 71783, Philadelphia, PA 19176-1783.

This is an attempt to collect a debt and any information obtained will be used for that purpose.

*By providing a telephone number on your account, you consent to Synchrony Bank and any other owner or servicer of your account contacting you about your account, including using any contact information or cell phone numbers you provide, and you consent to the use of any automatic telephone dialing system and/or an artificial or prerecorded voice when contacting you, even if you are charged for the call under your phone plan.

For changes of address, phone number and/or email, please check the box and print the changes below.

☐ Street Address ____________________

City, State ZIP ____________________

Phone # Email ______ ______ ______ ______

*Home Phone # | *Business Phone # | *Cell # or other phone # we can use to contact you | **Email Address

**By providing your email address, you agree to receive email communications about your account and also give permission for us to share your email address with the named retailer on this account.

synchrony PREMIER

JARRETT JENKINS
**Account Number** ending in **7880**

FINANCING BY synchrony



## Rewards Detail

| | |
|---|---|
| 2% Cash Back Earned This Period | $0.00 |
| Bonus | $0.00 |
| Year to Date Cash Back Earned | $598.00 |

## Transaction Detail

| Date | Reference # | Description | Amount |
|---|---|---|---|
| **Payments** | | | **-$478.00** |
| 05/31 | 85243634R00XS6H15 | ONLINE PAYMENT THANK YOU | -$478.00 |
| **Total Fees Charged This Period** | | | **$0.00** |
| **Total Interest Charged This Period** | | | **$188.76** |
| 06/25 | | INTEREST CHARGE ON PURCHASES & BALANCE TRANSFERS | $188.76 |
| 06/25 | | INTEREST CHARGE ON CASH ADVANCES | $0.00 |

| 2023 Year-to-Date Fees and Interest | |
|---|---|
| Total Fees Charged | $30.00 |
| Total Interest Charged | $386.98 |
| Total Interest Paid | $198.22 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account. (v) = Variable Rate

| Type of Balance | Expiration Date | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|
| Purchases & Balance Transfers | N/A | 18.74% (v) | $12,253.36 | $188.76 |
| Cash Advances | N/A | 29.99% | $0.00 | $0.00 |

## Cardholder News and Information

Balance Transfers may be referred to as Transfers.

If you need assistance with an accommodation for your statements and/or account letters, please call 800-292-7508.

If you need to contact Synchrony about the loss of a Synchrony cardholder, you can submit a deceased notification form located at www.syf.com under the 'Contact Us' page.

The Annual Percentage Rate (APR) for Purchases will apply to Balance Transfers if they are made available to you and the Balance Transfers are not subject to a promotional APR.

Did you know your Mastercard offers Mastercard ID Theft Protection. For more information about this benefit or to view the current benefits offered by Mastercard, please visit: https://www.mastercard.com/worldcredit-GTB

Synchrony Bank may continue to obtain information, including employment and income information from others about you (including requesting reports from consumer reporting agencies and other sources) to review, maintain or collect your account.




*See your Reward Program Terms for details. Mastercard may not be accepted by all service providers.
The Synchrony Premier Mastercard® is issued by Synchrony Bank pursuant to a license by Mastercard International Incorporated. Mastercard is a registered trademark, and the circles design is a trademark of Mastercard International Incorporated.
The Contactless Indicator mark and the Contactless Symbol are trademarks owned by and used with permission of EMVCo, LLC.



8640 BTJ 1 7 23 230625 PAGE 2 of 3 1408 1200 SYF7 01JT8640

synchrony PREMIER

**JARRETT JENKINS**
**Account Number** ending in **7880**

synchrony

 **Visit us at mastercard.syf.com Customer Service: 1-844-416-8051**

## Payment Information

| | |
|---|---|
| **New Balance:** | **$0.00** |
| **Amount Past Due:** | **$0.00** |
| **Total Minimum Payment Due:** | **$2,787.00** |
| **Payment Due Date:** | **01/26/2024** |

**Late Payment Warning:** If we do not receive your Total Minimum Payment Due by the Payment Due Date listed above, you may have to pay a late fee up to $41.00.

Payments must be received by 5pm ET on 01/26/2024 if mailed, or by 11:59pm ET on 01/26/2024 for online and phone payments.

**NOTICE:** We may convert your payment into an electronic debit. See reverse for details, Billing Rights and other important information.

New York residents may contact the New York State Department of Financial Services by telephone or visit its website for free information on comparative credit card rates, fees and grace periods.
NY State Dept of Financial Services:
1-800-342-3736 http://www.dfs.ny.gov

## Account Summary

| | |
|---|---|
| **Previous Balance** as of 12/27/2023 | **$13,789.94** |
| Payments | - 2,607.00 |
| Other Credits | - 13,830.94 |
| Purchases/Debits | + 2,607.00 |
| Fees Charged | + 41.00 |
| **New Balance** as of 01/24/2024 | **$0.00** |

29 Day Billing Cycle from 12/27/2023 to 01/24/2024

| | |
|---|---|
| Credit Limit | $12,900 |
| Available Credit | $0 |
| Cash Limit | $2,580 |
| Available Cash | $0 |

**Rewards Summary**
2% Cash Back Earned This Period $0.00
See Rewards Detail section

## Rewards Detail

| | |
|---|---|
| 2% Cash Back Earned This Period | $0.00 |
| Bonus | $0.00 |
| Year to Date Cash Back Earned | $0.00 |

## Transaction Detail

| Date | Reference # | Description | Amount |
|---|---|---|---|
| **Payments** | | | **-$2,607.00** |
| 01/18 | F140800D200CHGDDA | AUTOMATIC PAYMENT - THANK YOU | -$2,607.00 |
| **Other Credits** | | | **-$13,830.94** |

(Continued on next page)




8640 BTJ 1 3 23 240124 Z X PAGE 1 of 3 1408 1200 SYF7 01JT8640

synchrony

Use blue or black ink, detach & mail with your check.

| | |
|---|---|
| **Account Number** | [redacted]**7880** |
| **New Balance** | **$0.00** |
| **Total Minimum Payment Due** | **$2,787.00** |
| **Payment Due Date** | **01/26/2024** |
| **Amount Enclosed** | $ |

| Amount Past Due | Overlimit Amount |
|---|---|
| $0.00 | $0.00 |

No other correspondence please.
Print new address or email changes on back.

JARRETT JENKINS
1
334 LOCUST ST
WEST HEMPSTEAD NY 11552-3044

Make Payment to: SYNCHRONYMC/SYNCB
PO BOX 669814
DALLAS, TX 75266-0763

[redacted]

***Customer Service:* For account information, call the number on the front of this statement. For Hearing or Speech disabilities, use a TRS.** Unless your name is listed on this statement, your access to information on the account may be limited. You may also mail questions (but not payments) to: **P.O. Box 71726, Philadelphia, PA 19176-1726.** Please include your account number on any correspondence you send to us.
***Payments:*** Send payments to the address listed on the remit portion of this statement or pay online.
**Notice:** See below for your Billing Rights and other important information. Telephoning about billing errors will not preserve your rights under federal law. To preserve your rights, please write to our Billing Inquiries Address, P.O. Box 71725, Philadelphia, PA 19176-1725.

Purchases, returns, and payments made just prior to billing date may not appear until next month's statement. When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. **You may choose not to have your payment collected electronically by sending your payment (with the payment stub), in your own envelope – not the enclosed window envelope, addressed to: P.O. Box 71720, Philadelphia, PA 19176-1720 and not the Payment Address.**

***What To Do If You Think You Find A Mistake On Your Statement***
If you think there is an error on your statement, write to us at the Billing Inquiries Address of: Synchrony Bank, P.O. Box 71725, Philadelphia, PA 19176-1725
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

***Your Rights If You Are Dissatisfied With Your Credit Card Purchases***
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (**Note:** Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at: Synchrony Bank, P.O. Box 71725, Philadelphia, PA 19176-1725
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

***Information About Payments: You may at any time pay, in whole or in part, the total unpaid balance without any additional charge for prepayment.*** Payments received after 5:00 p.m. (ET) on any day will be credited as of the next day. Credit to your Account may be delayed up to five days if payment (a) is not received at the Payment Address, (b) is not made in U.S. dollars drawn on a U.S. financial institution located in the U.S., (c) is not accompanied by the remittance coupon attached to your statement, (d) contains more than one payment or remittance coupon, or (e) includes staples, paper clips, tape, a folded check, or correspondence of any type. Conditional Payments: All written communications concerning disputed amounts, including any check or other payment instrument that: (i) indicates that the payment constitutes "payment in full" or is tendered as full satisfaction of a disputed amount; or (ii) is tendered with other conditions or limitations ("Disputed Payments"), must be mailed or delivered to us at P.O. Box 71725, Philadelphia, PA 19176-1725.
***Credits To Your Account:*** An amount shown in parentheses or preceded by a minus (-) sign is a credit or credit balance unless otherwise indicated. Credits will be applied to your previous balance immediately upon receipt, but will not satisfy any required payment that may be due.
***Credit Reports And Account Information:*** If you believe that we have reported inaccurate information about you to a consumer reporting agency, please contact us at P.O. Box 71727, Philadelphia, PA 19176-1727. In doing so, please identify the inaccurate information and tell us why you believe it is incorrect. If you have a copy of the credit report that includes the inaccurate information, please include a copy of that report. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
***How We Calculate Interest***
**Daily Balance Method:** We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. We then add the interest to the daily balance. To get the "daily balance" we take the beginning balance of your account each day (which includes unpaid interest), add any new charges, and applicable fees, and subtract any payments or credits. This gives us the daily balance. Any daily balance of less than zero will be treated as zero. A separate daily balance will be calculated for each balance type on your account. The balance(s) shown in the Interest Charges section of this statement is the sum of the daily balances for each day in the billing cycle divided by the number of days in the billing cycle.

We will not charge you any interest on purchases if you pay your entire balance by the due date each month. Please refer to the due date shown on the front of your statement. We will begin charging interest on cash advances on the transaction date. If balance transfers are made available to you, we will begin charging interest on balance transfers on the transaction date.

***Your Account is owned and serviced by Synchrony Bank.***

[WF6455521FS] O1JT8640 - 03/28/23

***Bankruptcy Notice:*** If you file bankruptcy, you must send us notice, including account number and all information related to the proceeding to the following address: Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 71783, Philadelphia, PA 19176-1783.

This is an attempt to collect a debt and any information obtained will be used for that purpose.

*By providing a telephone number on your account, you consent to Synchrony Bank and any other owner or servicer of your account contacting you about your account, including using any contact information or cell phone numbers you provide, and you consent to the use of any automatic telephone dialing system and/or an artificial or prerecorded voice when contacting you, even if you are charged for the call under your phone plan.

For changes of address, phone number and/or email, please check the box and print the changes below.

☐ Street Address ____________________
City, State ZIP ____________________
Phone # Email

*Home Phone # ______ *Business Phone # ______ *Cell # or other phone # we can use to contact you ______ **Email Address ______

**By providing your email address, you agree to receive email communications about your account and also give permission for us to share your email address with the named retailer on this account.

synchrony PREMIER

JARRETT JENKINS
**Account Number** ending in **7880**

synchrony



## Transaction Detail (Continued)

| Date | Reference # | Description | Amount |
|---|---|---|---|
| 01/24 | F140800D800999990 | CHARGE OFF ACCOUNT-PRINCIPALS | -$12,098.22 |
| 01/24 | F140800D800999990 | CHARGE OFF ACCOUNT-INTEREST CHARGE | -$1,445.72 |
| 01/24 | F140800D800999990 | CHARGE OFF ACCOUNT - FEES | -$287.00 |
| **Purchases and Other Debits** | | | **$2,607.00** |
| 01/18 | F140800D5000IA001 | ADJUSTMENT-PAYMENTS | $2,607.00 |
| **Total Fees Charged This Period** | | | **$41.00** |
| 01/18 | | LATE FEE | $41.00 |
| **Total Interest Charged This Period** | | | **$0.00** |
| 01/24 | | INTEREST CHARGE ON PURCHASES & BALANCE TRANSFERS | $0.00 |
| 01/24 | | INTEREST CHARGE ON CASH ADVANCES | $0.00 |

| 2024 Year-to-Date Fees and Interest | |
|---|---|
| Total Fees Charged | $41.00 |
| Total Interest Charged | $0.00 |
| Total Interest Paid | $0.00 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account. (v) = Variable Rate

| Type of Balance | Expiration Date | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|
| Purchases & Balance Transfers | N/A | 19.24% (v) | $0.00 | $0.00 |
| Cash Advances | N/A | 29.99% | $0.00 | $0.00 |

## Cardholder News and Information

If your account has a New York mailing address at the time of account closure, and notwithstanding any other provision of your account agreement, you may have up to 90 days after we send you notice that your account is closed to redeem points or other rewards you have accumulated in connection with your account at the time of account closure. Any such ability to redeem after the account is closed will be described in connection with your account closure.

Balance Transfers may be referred to as Transfers.

If you need assistance with an accommodation for your statements and/or account letters, please call 800-292-7508.

If you need to contact Synchrony about the loss of a Synchrony cardholder, you can submit a deceased notification form located at www.syf.com under the 'Contact Us' page.

The Annual Percentage Rate (APR) for Purchases will apply to Balance Transfers if they are made available to you and the Balance Transfers are not subject to a promotional APR.

Did you know your Mastercard offers Mastercard ID Theft Protection. For more information about this benefit or to view the current benefits offered by Mastercard, please visit: https://www.mastercard.com/worldcredit-GTB

Statement not provided to customer.

This is a duplicate courtesy copy of your most recent billing statement. You can still view and pay your electronic statement online.



8640 BTJ 1 3 23 240124 Z X PAGE 2 of 3 1408 1200 SYF7 01JT8640

## SECTION I: RATES AND FEES TABLE
## SYNCHRONY PREFERRED MASTERCARD®, SYNCHRONY PLUS WORLD MASTERCARD® AND/OR SYNCHRONY PREMIER WORLD MASTERCARD® ACCOUNT AGREEMENT

Information from Section I of the Synchrony Preferred Mastercard, Synchrony Plus World Mastercard and/or Synchrony Premier World Mastercard Account Agreement is provided in the accompanying Pricing Information Addendum.

## SECTION II: RATES, FEES AND PAYMENT INFORMATION
## SYNCHRONY PREFERRED MASTERCARD®, SYNCHRONY PLUS WORLD MASTERCARD® AND/OR SYNCHRONY PREMIER WORLD MASTERCARD® ACCOUNT AGREEMENT

| **How Interest is Calculated** | |
|---|---|
| **Your Interest Rate** | We use a daily rate to calculate the interest on the balance on your account each day. The daily rate is the applicable APR times 1/365. Interest will be imposed in amounts or at rates not in excess of those permitted by applicable law. See the accompanying Pricing Information Addendum for your daily rate for purchases, balance transfers and cash advances and corresponding APR information. |
| **When We Charge Interest** | **Purchases.** We charge interest on your purchases from the date you make the purchase until you pay the purchase in full. See exceptions below.<br>• We will not charge you interest during a billing cycle on any purchases if:<br>1. You had no balance at the start of the billing cycle; OR<br>2. You had a balance at the start of the billing cycle and you paid that balance in full by the due date in that billing cycle.<br>• We will credit, as of the start of the billing cycle, any payment you make by the due date that we allocate to purchases if:<br>1. You had no balance at the start of the previous billing cycle; OR<br>2. You had a balance at the start of the previous billing cycle and you paid that balance in full by the due date in the previous billing cycle.<br>**Balance Transfers and Cash Advances.** We charge interest on your balance transfers and cash advances, and their related fees, from the date you make the transaction until you pay them in full. You cannot avoid paying interest on balance transfers or cash advances or their related fees. |
| **How We Calculate Interest** | We figure the interest charge on your account separately for each balance type. We do this by applying the daily rate to the daily balance for each day in the billing cycle. A separate daily balance is calculated for the following balance types, as applicable: purchases, balance transfers, cash advances and balances subject to different interest rates, plans or special promotions. See below for how this works.<br>1. How to get the daily balance: We take the starting balance each day, add any new charges and fees, and subtract any payments or credits. This gives us the daily balance.<br>We apply fees to balance types as follows:<br>(a) late payment fees or returned payment fees are treated as new purchases;<br>(b) debt cancellation fees are added proportionately to each balance;<br>(c) balance transfer fees are added to the balance transfer balance;<br>(d) cash advance fees are added to the cash advance balance; and<br>(e) foreign transaction fees are added to the purchase balance.<br>2. How to get the daily interest amount: We multiply each daily balance by the daily rate that applies.<br>3. How to get the starting balance for the next day: We add the daily interest amount in step 2 to the daily balance from step 1.<br>4. How to get the interest charge for the billing cycle: We add all the daily interest amounts that were charged during the billing cycle.<br>We charge a minimum interest in any billing cycle in which you owe interest. This charge is added proportionately to each balance type. See the accompanying Pricing Information Addendum for the amount of your minimum interest charge. |

| How Fees Work | |
|---|---|
| **Balance Transfer Fee** | We will charge this fee for each balance transfer you make. |
| **Cash Advance Fee** | We will charge this fee for each cash advance you make. For ATM cash advances this fee is in addition to any fee the ATM owner may charge you for use of the ATM. |
| **Foreign Transaction Fee** | We will charge this fee for purchases or cash advances you make in currencies other than U.S. dollars and/or in a country other than the U.S., whether or not the transaction was in a foreign currency.<br><br>If you make a transaction with your account in a currency other than U.S. dollars, Mastercard will convert the transaction amount into U.S. dollars using its currency conversion procedure. Under the currency conversion procedure that Mastercard currently uses, the non-U.S. dollar transaction amount is converted into a U.S. dollar amount by multiplying the transaction amount in the non-U.S. dollar currency by a currency conversion rate. Mastercard's currency conversion procedure is based on rates observed in the wholesale market or government-mandated rates, where applicable. The currency conversion rate that Mastercard uses for a particular transaction is the rate for the applicable currency on the date that the transaction occurred. However, in limited situations, particularly where transaction submissions to Mastercard for processing are delayed, the currency conversion rate that Mastercard uses may be the rate for the applicable currency on the date that the transaction is processed. |
| **Late Payment Fee** | We will charge this fee if we do not receive the total minimum payment due on your account by the due date in accordance with the requirements set forth on each billing statement. See the accompanying Pricing Information Addendum for the amount of this fee. |
| **Returned Payment Fee** | We will charge this fee if any check, other instrument, or electronic payment authorization you provide us in payment on your account, is not honored, returned unpaid or cannot be processed for any reason. The returned payment fee will not be more than the amount permitted by applicable law. See the accompanying Pricing Information Addendum for the amount of this fee. |

**Minimum Payment Calculation**

See the accompanying Variable Terms Addendum for how your total minimum payment due is calculated.

# SECTION III: STANDARD PROVISIONS
# SYNCHRONY PREFERRED MASTERCARD®, SYNCHRONY PLUS WORLD MASTERCARD® AND/OR SYNCHRONY PREMIER WORLD MASTERCARD® ACCOUNT AGREEMENT

## ABOUT THE CREDIT CARD ACCOUNT AGREEMENT

**This Agreement.** This is an Agreement between you and Synchrony Bank, 170 Election Road, Suite 125, Draper, UT 84020, for your credit card account shown above. By opening or using your account, you agree to the terms of the entire Agreement. The entire Agreement includes the four sections of this document and the application you submitted to us in connection with the account. These documents replace any other agreement relating to your account that you or we made earlier or at the same time.

**Parties To This Agreement.** This Agreement applies to each accountholder approved on the account and each of you is responsible for paying the full amount due, no matter which one uses the account. We may treat each of you as one accountholder and may refer to each of you as "you" or "your." Synchrony Bank may be referred to as "we," "us" or "our."

**Changes To This Agreement.** We may change, add or delete terms of this Agreement, including interest rates, fees and charges.

**Special Promotions.** The terms of this Agreement apply to any special promotion. However, any special promotional terms that are different than the terms in this Agreement will be explained on promotional advertising or other disclosures provided to you.

## HOW TO USE YOUR ACCOUNT/CARD

**Use Of Your Account.** You may use your account only for lawful personal, family or household purposes. You may use your account for purchases wherever Mastercard is accepted. You may get cash advances as further explained below. You may not use your account to pay amounts you owe us on this account or any other account you have with us. From time to time, in our sole discretion, we may offer you the chance to transfer balances from your other credit card accounts to this account. Details of the terms applicable to the balance transfer will be provided with the offer.

**Cash Advances.** We may offer you the opportunity to get a cash advance with convenience checks that we send you. We may not honor a convenience check for any reason stated on the check. You can also get cash or make a withdrawal from any institution or ATM that accepts the card or the account. In addition, we will treat any purchase of certain cash-like items as cash advances. Cash-like items include for example, money orders, cashier's checks, traveler's checks, electronic or wire transfers (including, but not limited to, person-to-person money transfers (P2P)), foreign currency or other in-bank transactions, tax payments, lottery tickets or other legalized gambling transactions, court costs, bail bonds and fines. We rely on third parties to send us the accurate classification of transactions, including certain transactions as purchases and others as cash advances, and this classification affects how the transaction is treated under the terms of this Agreement.

**You Promise To Pay.** You promise to pay us for all amounts owed to us under this Agreement.

**Your Responsibility.** Each accountholder will receive a card. You may not allow anyone else to use your account. If you do, or if you ask us to send a card to someone else, you will be responsible for paying for all charges resulting from their transactions.

**Transaction Limits.** To prevent fraud, we may limit the number or dollar amount of transactions you can make in any particular amount of time. We also may decline any particular charge on your account for any reason.

**Credit Limit.** You will be assigned a credit limit and cash advance limit on your account that we may increase or decrease from time to time. If we approve a transaction that makes you go over your credit limit or your cash advance limit, we do not give up any rights under this Agreement and we do not treat it as an increase in either limit.

## HOW AND WHEN TO MAKE PAYMENTS

**When Payments Are Due.** You must pay at least the total minimum payment due on your account by the due date of each billing cycle in accordance with the requirements set forth on each billing statement. Payments received after the due date will be credited as of the next day. You may at any time pay, in whole or in part, the total unpaid balance without any additional charge for prepayment. If you have a balance subject to interest, earlier payment may reduce the amount of interest you will pay. We may delay making credit available on your account in the amount of your payment even though we will credit your payment when we receive it.

**Payment Options.** You can pay by mail or online. We may allow you to make payments over the phone but we will charge you a fee to make expedited phone payments. Your payment must be made in U.S. dollars by physical or electronic check, money order or a similar instrument from a bank located in the United States.

**How To Make A Payment.** You must follow the instructions for making payments provided on your billing statement. If you do not, credit of your payment may be delayed up to five days. Your billing statement also explains how information on your check is used.

**Payment Allocation.** We will apply the required total minimum payment to balances on your account using any method we choose. Any payment you make in excess of the required total minimum payment will be applied to higher APR balances before lower APR balances. Applicable law may require or permit us to apply excess payments in a different manner in certain situations, such as when your account has a certain type of special promotion.

## INFORMATION ABOUT YOU

**Address/Phone Change.** You represent that any phone number that you provide to us belongs to you and/or that you are authorized to provide that number. You also agree to tell us right away if you change your address or any phone number.

**Consent To Communications.** You consent to us, as well as any other owner or servicer of your account, contacting you through any channel of communication and for any purpose and at any time, as permitted by applicable law. For informational, servicing, fraud, or collection related communications, you agree that we may use the phone numbers that you provide to us to contact your cellular phone or wireless device with text messages, artificial or prerecorded voice calls, and calls made by an automatic telephone dialing system. Text frequency may vary and may be recurring. This consent applies even if you are charged for the call under your plan. You are responsible for any charges that may be billed to you by your communications carrier when we contact you. Message and data rates may vary. We and any carrier are not liable for delayed or undelivered messages. If you have questions, please call the number on the back of your card.

**Telephone Monitoring.** For quality control, you allow us to listen to and/or record telephone calls between you and us.

## IMPORTANT INFORMATION ABOUT YOUR ACCOUNT

**Closing Your Account.** You may close your account at any time by sending a letter to the address shown on your billing statement or calling customer service. We may close your account at any time, for any reason. If your account is closed, you must stop using it. You must still pay the full amount you owe and this Agreement will remain in effect until you do.

**Collection Costs.** If we ask an attorney who is not our salaried employee to collect your account, we may charge you our collection costs. These include court costs and reasonable attorneys' fees.

**Credit Bureau Reporting.** We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be shown in your credit report. Tell us if you think we reported wrong information about you to a credit bureau. Write to us at P.O. Box 71727, Philadelphia, PA 19176-1727. Tell us what information is wrong and why you think it is wrong. If you have a copy of the credit report that includes the wrong information, send us a copy.

**Default.** You are in default if you make a late payment, do not follow any other term of this Agreement or become bankrupt or insolvent. If you default or upon your death, we may (a) request payment of the full amount due right away, (b) take legal action to collect the amounts owed, and/or (c) take any other action allowed.

**Disputed Amounts.** The billing rights summary in section IV of this Agreement describes what to do if you think there is a mistake on your bill. If you send us correspondence about a disputed amount or payment, you must send it to the address for billing inquiries. We do not give up any rights under this Agreement if we accept a payment marked "payment in full" or given with any other conditions or limitations.

**Unauthorized Use.** If your card is lost, stolen or used without your consent, call us immediately at 1-844-406-7427. You will not be liable for unauthorized use on your account, but you will be responsible for all use by anyone you give your card to or allow to use your account.

## IMPORTANT INFORMATION ABOUT THIS AGREEMENT

**Assignment.** We may sell, assign or transfer any or all of our rights or duties under this Agreement or your account, including our rights to payments. We do not have to give you prior notice of such action. You may not sell, assign or transfer any of your rights or duties under this Agreement or your account.

**Enforceability.** If any part of this Agreement is found to be void or unenforceable, all other parts of this Agreement will still apply.

**Governing Law.** Except as provided in the Resolving a Dispute with Arbitration section, this Agreement and your account are governed by federal law and, to the extent state law applies, the laws of Utah without regard to its conflicts of law principles. This Agreement has been accepted by us in Utah.

**Waiver.** We may give up some of our rights under this Agreement. If we give up any of our rights in one situation, we do not give up the same right in another situation.

## RESOLVING A DISPUTE WITH ARBITRATION

**PLEASE READ THIS SECTION CAREFULLY. IF YOU DO NOT REJECT IT, THIS SECTION WILL APPLY TO YOUR ACCOUNT, AND MOST DISPUTES BETWEEN YOU AND US WILL BE SUBJECT TO INDIVIDUAL ARBITRATION. THIS MEANS THAT: (1) NEITHER A COURT NOR A JURY WILL RESOLVE ANY SUCH DISPUTE; (2) YOU WILL NOT BE ABLE TO PARTICIPATE IN A CLASS ACTION OR SIMILAR PROCEEDING; (3) LESS INFORMATION WILL BE AVAILABLE; AND (4) APPEAL RIGHTS WILL BE LIMITED.**

1. **CLAIMS AND PARTIES.** If either you or we make a demand for arbitration, you and we must arbitrate any dispute or claim between you (including any other user of your account), and us (including our parents, affiliates, agents, employees, officers, and assignees) that directly or indirectly arises from or relates to your account, your account Agreement or our relationship, except as noted below. In addition, any assignee, agent, or service provider of ours that collects amounts due on your account are intended beneficiaries of this Arbitration section and may enforce it in full (notwithstanding any state law to the contrary).
2. This Arbitration section broadly covers claims, including counterclaims, based upon contract, tort, consumer rights, fraud and other intentional torts, negligence, constitution, statute, regulation, ordinance, common law and equity and claims for money damages and injunctive or declaratory relief, even if they arose before this section took effect. You may not sell, assign or transfer a claim.
3. Examples of claims subject to arbitration are disputes about an account transaction, fees, charges or interest, the events leading up to the Agreement (such as any disclosures, advertisements, promotions or oral or written statements, warranties or representations made by us), an application for or denial of credit, any product or service provided by us or third parties in connection with the Agreement, credit reporting, benefit programs related to your account including any reward program, the collection of amounts due by our assignees, service providers, or agents and the manner of collection.
4. However, we will not require you to arbitrate any individual case in small claims court or your state's equivalent court, so long as it remains an individual case in that court. Also, even if all parties have opted to litigate a claim in court, you or we may elect arbitration with respect to any claim made by a new party or any claim later asserted by a party in any related or unrelated lawsuit, including modifying an individual claim to assert a class, representative or multi-party claim. Arbitration may be requested at any time, even where there is a pending lawsuit, unless a trial has begun, or a final judgment entered.
5. Only a court will decide disputes about the validity, enforceability, coverage or scope of this Arbitration section or any part thereof. However, any dispute that concerns the validity or enforceability of the Agreement as a whole is for the arbitrator to decide.

6. **NO CLASS ACTIONS.** IF EITHER YOU OR WE ELECT TO ARBITRATE A CLAIM, NEITHER YOU NOR WE WILL HAVE THE RIGHT (A) TO PARTICIPATE IN A CLASS ACTION, PRIVATE ATTORNEY GENERAL ACTION OR OTHER REPRESENTATIVE ACTION IN COURT OR IN ARBITRATION, EITHER AS A CLASS REPRESENTATIVE OR CLASS MEMBER, OR (B) TO JOIN OR CONSOLIDATE CLAIMS WITH CLAIMS OF ANY OTHER PERSONS EXCEPT ACCOUNTHOLDERS ON YOUR ACCOUNT. THUS, YOU MAY NOT BRING CLAIMS AGAINST US ON BEHALF OF ANY ACCOUNTHOLDER WHO IS NOT AN ACCOUNTHOLDER ON YOUR ACCOUNT, AND YOU AGREE THAT ONLY ACCOUNTHOLDERS ON YOUR ACCOUNT MAY BE JOINED IN A SINGLE ARBITRATION WITH ANY CLAIM YOU HAVE.

7. **PROCEDURES.** The party who wants to arbitrate must notify the other party in writing. This notice can be given after the beginning of a lawsuit or in papers filed in the lawsuit. Otherwise, your notice must be sent to Synchrony Bank, Legal Operation, P.O. Box 29110, Shawnee Mission, KS 66201-5320, ATTN: ARBITRATION DEMAND. The party seeking arbitration must select either the American Arbitration Association (AAA), 120 Broadway, Floor 21, New York, NY 10271, www.adr.org, or JAMS, 620 Eighth Avenue, 34th Floor, New York, NY 10018, www.jamsadr.com, to administer the arbitration. If neither administrator can handle the dispute, a court with jurisdiction will appoint an arbitrator.

8. The arbitration administrator will appoint the arbitrator and will tell the parties what to do next. The arbitrator must be a lawyer with at least ten years of legal experience. The arbitrator must apply the same law, consistent with the Federal Arbitration Act (FAA), that would apply to an individual action in court, but may use different procedural rules. The arbitrator will apply the same statutes of limitation and privileges that a court would apply if the matter were pending in court.

9. The arbitrator may award any damages or other relief or remedies that would apply under applicable law to an individual action brought in court, including, without limitation, punitive damages (governed by the Constitutional standards employed by the courts) and injunctive, equitable and declaratory relief (but only in favor of the individual party seeking relief and only to the extent necessary to provide relief warranted by that party's individual claim). The parties will bear the fees and costs of their attorneys, witnesses and experts. However, the arbitrator will have the authority to award fees and costs of attorneys, witnesses and experts to the extent permitted by the Agreement, the administrator's rules or applicable law.

10. The arbitration will take place by phone or at a location reasonably convenient to you. If you ask, we will pay all the fees the administrator or arbitrator charges if you cannot obtain a waiver of fees from the administrator and are acting in good faith. We will pay arbitration costs required by the administrator's rules or that are necessary for this Arbitration section to be enforced. Notwithstanding the foregoing, you will be required to advance half of all administrative fees and arbitrator's fees (and to be responsible for payment of such fees to the extent not advanced) if you pursue arbitration as part of a group of similar arbitrations, or if you otherwise seek to participate in a mass arbitration proceeding. If an arbitration already in process is later determined to be part of a mass arbitration proceeding, we shall have the right to request that the arbitrator order you to reimburse us for fees already paid or advanced.

11. **GOVERNING LAW.** This Arbitration section is governed by the FAA. Utah law shall apply to the extent state law is relevant under the FAA, unless otherwise stated herein. The arbitrator's award will be final and binding, except for any appeal right under the FAA. Any court with jurisdiction may enter judgment upon the arbitrator's award. The arbitration award and any judgment confirming it will apply only to the specific case and cannot be used in any other case except to enforce the award.

12. **SURVIVAL.** This Arbitration section shall survive the repayment of all amounts owed, the termination, cancellation or suspension of the Agreement or your account or credit privileges, any legal proceeding, and any bankruptcy by you, to the extent consistent with applicable bankruptcy law. If this Arbitration section conflicts with the applicable arbitration rules or the other provisions of the Agreement, this Arbitration section shall govern.

13. **SEVERABILITY.** If any portion of this Arbitration section is held to be invalid or unenforceable, the remaining portions shall nevertheless remain in force with the following two exceptions. First, if a determination is made that the "No Class Actions" provision is unenforceable, and that determination is not reversed on appeal, then this Arbitration section shall be void in its entirety. Second, if a court determines that a public injunctive relief claim may proceed notwithstanding the "No Class Actions" provision, and that determination is not reversed on appeal, then the public injunctive relief claim will be decided by a court, and any individual claims will be arbitrated. The parties will ask the court to stay the public injunctive relief claim until the other claims have been finally concluded.

14. **HOW TO REJECT ARBITRATION.** You may reject this Arbitration section. If you do that, a court will resolve any dispute or claim. To reject this section, send us a notice within 45 days after you open your account or we first provided you with your right to reject this section. The notice must include your name, address, account number, and personal signature, and must be mailed to Synchrony Bank, P.O. Box 71734, Philadelphia, PA 19176-1734. This is the only way you can reject this section. Rejecting this Arbitration section will not affect any other provision of the Agreement. It will also not affect any prior arbitration agreement or dispute resolution provision between you and us, which will remain in full force and effect. If you don't reject this Arbitration section, it will be effective as of the date of the Agreement and will supersede any prior arbitration agreement between you and us that would otherwise be applicable.

## SECTION IV: OTHER IMPORTANT INFORMATION
## SYNCHRONY PREFERRED MASTERCARD®, SYNCHRONY PLUS WORLD MASTERCARD® AND/OR SYNCHRONY PREMIER WORLD MASTERCARD® ACCOUNT AGREEMENT

**NOTICE FOR ACTIVE DUTY MILITARY MEMBERS AND THEIR DEPENDENTS:** The following disclosures apply to you if, at the time your account is opened, you are a "covered borrower" as defined in the Military Lending Act, which includes eligible active duty members of the Armed Forces and their dependents:

1. The provision in this Agreement called "Resolving a Dispute with Arbitration" will not apply to your account.
2. Federal law provides important protections to members of the Armed Forces and their dependents relating to extensions of consumer credit. In general, the cost of consumer credit to a member of the Armed Forces and his or her dependent may not exceed an Annual Percentage Rate of 36 percent. This rate must include, as applicable to the credit transaction or account: the costs associated with credit insurance premiums; fees for ancillary products sold in connection with the credit transaction; any application fee charged (other than certain application fees for specified credit transactions or accounts); and any participation fee charged (other than certain participation fees for a credit card account).
3. You can call 1-855-367-4541 to hear the information in item 2 (above) and a description of the payment obligation for your account.

The rest of the language in this section of the agreement includes state notices, billing rights summary and rewards terms (if applicable) and is not required to be provided as part of the request for customer agreement.

**SYNCHRONY BANK**
**VARIABLE TERMS ADDENDUM**
**FOR YOUR SYNCHRONY MASTERCARD® ACCOUNT**

**Minimum Payment Calculation:** Your total minimum payment will be calculated as follows:

The greater of:

1. $30, or $41 (which includes any past due amounts) if you have failed to pay at least the total minimum payment due by the due date in any one or more of the prior six billing cycles;

OR

2. The sum of:
   a. Any past due amounts; PLUS
   b. 1% of your new balance shown on your billing statement (excluding any balance in connection with a special promotional purchase with a unique payment calculation); PLUS
   c. Any late payment fees charged in the current billing cycle; PLUS
   d. All interest charged in the current billing cycle; PLUS
   e. Any payment due in connection with a special promotional purchase with a unique payment calculation.

We round up to the next highest whole dollar in figuring your total minimum payment. Your total minimum payment will never be more than your new balance. Payments required in connection with a special promotional purchase with a unique payment calculation will not be increased to, but may be included in the $30 or $41 minimum amount otherwise due.

## SYNCHRONY BANK
## PRICING INFORMATION ADDENDUM
## FOR YOUR SYNCHRONY® MASTERCARD® ACCOUNT ENDING IN 7880

| Interest Rates and Interest Charges | |
|---|---|
| **Annual Percentage Rate (APR) for Purchases** | The APR for your purchases is the Prime Rate plus **10.74%.**<br><br>The daily rate for purchases is the Prime Rate plus **10.74%**, times 1/365.<br><br>This APR will vary with the market based on the Prime Rate. |
| **APR for Balance Transfers** | The APR for your balance transfers is Prime Rate plus **10.74%.**<br><br>This APR will vary with the market based on the Prime Rate. |
| **APR for Cash Advances** | The APR for your cash advances is **29.99%.**<br><br>The daily rate for cash advances is **29.99%**, times 1/365. |
| **Paying Interest** | Your due date is at least 23 days after the close of each billing period. We will not charge you any interest on purchases if you pay your entire balance by the due date each month. We will begin charging interest on cash advances and balance transfers on the transaction date. |
| **Minimum Finance Charge** | If you are charged interest, the Finance Charge will be no less than $2.00. |

**SEE NEXT PAGE for more important information about your Account.**

| **Fees** | |
|---|---|
| **Transaction Fees** | |
| • Balance Transfer | Either **$10** or **4%** of the amount of each balance transfer, whichever is greater (maximum fee **Not Applicable**). |
| • Cash Advance | Either **$10** or **5%** of the amount of each cash advance, whichever is greater (maximum fee **Not Applicable**). |
| • Foreign Transaction | **3% of the transaction.** |
| **Penalty Fees** | |
| • Late Payment | Up to **$41**<br><br>The amount of the late payment fee will be equal to: (1) $30 if you have paid at least your total minimum payment due by the due date in each of the prior six billing cycles or (2) $41 if you have failed to pay at least the total minimum payment due by the due date in any one or more of the prior six billing cycles. However, if the late payment fee would exceed the total minimum payment for which the late payment fee is assessed, the amount of the late payment fee will instead be equal to the amount of the total minimum payment that was due. |
| • Returned Payment | **$30** |

**How We Will Calculate Your Balance:** We use a method called “daily balance”.

**Variable Rate Information**
The Prime Rate for a billing period is the highest bank prime loan rate as published in *The Wall Street Journal* in its Money Rates section on the last business day of the calendar month preceding the first day of the billing period.

The Periodic Rate and corresponding APRs may vary. If the Prime Rate increases, the Periodic Rates and corresponding APRs may increase, and as a result the periodic Finance Charge, Total Minimum Payment, and number of payments also may increase. Any change in the Periodic Rates will apply to your entire Account balance (unless otherwise specified in any applicable promotional offer that provides for different terms for that promotion). A change in the Prime Rate will take effect on the first day of the billing period after the change. We may select a new interest rate index if the Prime Rate is not available.